L7D5redC

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------x

3  RED ROCK SOURCING LLC, *et al.*,

4               Plaintiffs,

5          v.                          21 Civ. 1054 (JPC)
                                       Remote Proceeding
6  JGX, LLC, *et al.*,

7               Defendants.

8  ------------------------------x
                                       New York, N.Y.
9                                      July 13, 2021
                                       11:02 a.m.
10
   Before:
11
                    HON. JOHN P. CRONAN,
12
                                       District Judge
13

14                      APPEARANCES
15

16 NIXON PEABODY, LLP
        Attorneys for Plaintiffs
17 BY:  DANIEL A. SCHNAPP

18 LAZARUS & LAZARUS, P.C.
        Attorneys for Defendant JGX
19 BY:  YVETTE J. SUTTON

20
   ALSO PRESENT:  DAVID AMOYELLE
21

22

23

24

25

                SOUTHERN DISTRICT REPORTERS, P.C.
                       (212) 805-0300

L7D5redC

| | |
|---|---|
| 1 | (The Court and all parties appearing telephonically) |
| 2 | MR. AMOYELLE:  Hello?  Hello? |
| 3 | THE COURT:  Who is saying Hello? |
| 4 | MR. AMOYELLE:  David Amoyelle. |
| 5 | THE COURT:  OK.  Well, this is Judge Cronan.  How are |
| 6 | you.  We are about to get started. |
| 7 | (Case called) |
| 8 | THE COURT:  Before we begin, I note that we have a |
| 9 | court reporter on the line.  I ask everyone who speaks to try |
| 10 | to speak as clearly as you can and also identify yourself if it |
| 11 | isn't completely obvious who is speaking so we have an accurate |
| 12 | transcript.  The reporter, of course, should not hesitate to |
| 13 | interrupt any of us, including me, if you are having any |
| 14 | difficulty following the proceedings or who is speaking. |
| 15 | This telephone line is also open to the public and |
| 16 | press on a listen-only basis.  I remind everyone who may be on |
| 17 | the line that the Court prohibits the recording and |
| 18 | rebroadcasting of court conferences -- including this one -- |
| 19 | and violations could result in sanctions. |
| 20 | So, let me find out first who we have on the line.  I |
| 21 | will start with the plaintiff. |
| 22 | MR. SCHNAPP:  Good morning, your Honor.  This is |
| 23 | Daniel Schnapp from Nixon Peabody, and we represent the |
| 24 | plaintiffs Red Rock Sourcing, LLC, and Coronado Distributing, |
| 25 | LLC. |

L7D5redC

1          THE COURT:  Good morning.

2          MS. SUTTON:  Good morning, your Honor.  This is Yvette

3   Sutton of Lazarus & Lazarus, PC, representing JGX, LLC.

4          THE COURT:  Thank you, Ms. Lazarus.

5          And do we have anyone on the line representing Liberty

6   International Distributors?

7          MR. AMOYELLE:  I am representing myself, my name is

8   David Amoyelle.

9          THE COURT:  Who are you?  This is Judge Cronan.

10   Mr. Amoyelle, who are you and who are you representing?  You

11   are not a defendant.

12          MR. AMOYELLE:  I am representing myself, I am Liberty.

13          THE COURT:  OK.  Well, you are not a defendant.  The

14   company is a defendant and the company will need to be

15   represented by an attorney.  Are you an attorney?

16          MR. AMOYELLE:  I'm not.

17          THE COURT:  OK.  Well, you can't represent the company

18   then.  So, does the company have an attorney?

19          MR. AMOYELLE:  The company does not have an attorney

20   nor can the company afford an attorney.

21          THE COURT:  Well, that is something that the company

22   is going to need to figure out because that is a problem.  A

23   non-attorney cannot represent a corporate defendant.  That is

24   very clearly established, at least in my view.  That is my

25   understanding of the law.

L7D5redC

1          Mr. Schnapp, is that your understanding as well?

2          MR. SCHNAPP:  It is, your Honor.

3          THE COURT:  OK.  So Mr. Amoyelle, I appreciate you

4     joining today but you cannot appear on behalf of Liberty, an

5     attorney will have to appear on behalf of Liberty.

6          MR. AMOYELLE:  I do understand this.

7          This company was made overnight for COVID.  I don't

8     have any experience running any company.  I'm a guy that runs a

9     warehouse, a simple guy.  I cannot afford it.  I am actually

10    put into a mess by these -- by some of these other parties and

11    I cannot afford an attorney.  And so, therefore, I was told to

12    be on this call by JGX.  I got an e-mail from their attorney

13    asking me to join this call and this is the reason why I am on

14    this call.

15         If anybody, any of the parties has any questions for

16    me I would be more than happy to answer if the Judge agrees

17    that I answer the questions, of course.

18         That's about it.

19         THE COURT:  Thank you, Mr. Amoyelle.  This is Judge

20    Cronan again.

21         Unfortunately, that is not the way it can work here

22    given that the defendant in this case is a corporation.

23         Ms. Sutton, given that Mr. Amoyelle mentioned that he

24    was contacted by JGX counsel, do you have any information you

25    can share with us?

L7D5redC

1          MS. SUTTON:  This is Ms. Sutton.

2          I would share that we notified -- we have been in

3    communication with Mr. Amoyelle concerning a subpoena that we

4    sent to Liberty in connection with our request for documents.

5    He provided the documents and I simply notified Mr. Amoyelle of

6    the Court date for today and advised him of the information.

7          THE COURT:  Thank you, Ms. Sutton.  Sorry about that.

8    Thank you for clarifying.

9          Mr. Schnapp, do you have any thoughts on what would be

10   appropriate to do today since Mr. Amoyelle is appearing -- is

11   present on the call, I should say, although still no one has

12   appeared on behalf Liberty?

13         MR. SCHNAPP:  Well, your Honor, first of all, I would

14   like to say I don't -- and I'm not accusing anyone of anything.

15   I don't believe -- and if Ms. Sutton wishes to correct me,

16   please do because I'm not a hundred percent sure, I'm not sure

17   I received the results of that subpoena which I think we are

18   required to be provided a copy of.

19         I am a little concerned that even telling Mr. Amoyelle

20   to appear today could be construed as something that is, you

21   know, not entirely formal but I'm going to -- but I don't know

22   and I don't -- you know, that's all I can say about it.  What I

23   do know is that Mr. Amoyelle is, he is not a defendant in this

24   case, he is at this time a third-party witness.  I agree with

25   your Honor's assessment that the company, the corporate

L7D5redC

1    defendant needs to have counsel which it does not, and we are

2    ready to proceed with regard to our motion for default.  And,

3    if the Court wishes, I can bring the Court up to date on what

4    has transpired since our last conference.

5              MR. AMOYELLE:  Permission to speak, your Honor?

6              THE COURT:  No.  Denied.  You are not representing --

7    you are not an attorney, you are not representing the company,

8    and you are not a defendant.  You are welcome to join for this

9    conference and I will do my best to explain what is going on

10   but, again, the corporate defendant will need to have counsel

11   to appear in this case and if it does not have an attorney, it

12   runs the risk of a default judgment being entered against the

13   corporate defendant -- against Liberty -- which is the purpose

14   of today's hearing.

15             But, Mr. Schnapp, if you want to give me an update?

16             MR. AMOYELLE:  Is there financial aid to hire a lawyer

17   or something?  There has got to be a law out there, there has

18   to be something to protect me here.  Can I seek financial

19   counsel or something?  I forgot the legal terminology for it.

20   Excuse me, I couldn't --

21             THE COURT:  In a criminal case criminal defendants are

22   entitled to counsel free if they're unable to afford one.  That

23   does not apply in civil cases which this is.  If an attorney

24   wishes to take this on on behalf of the company pro bono, as in

25   without charging, an attorney could do that but there is no

L7D5redC

1    requirement under the law that an attorney does that.

2            MR. AMOYELLE:  Your Honor, I have tried to hire an

3    attorney pro bono and nobody took my case and at this point I

4    don't have -- you know, I can give you everything in my bank

5    account, I have nothing in it to be able to afford an attorney.

6    This is my issue.  And I just want to speak the truth and put

7    it out there because I'm sure your Honor will understand, once

8    the truth is out there, what exactly here is going on.  And I

9    don't believe that in the legal system I don't get an

10   opportunity to say my story.

11           THE COURT:  Mr. Amoyelle, I understand what you are

12   saying and your frustration but now we need to go to

13   Mr. Schnapp and have him give an update on where things stand.

14           Mr. Schnapp, please, go ahead.

15           MR. SCHNAPP:  Yes, your Honor.

16           So, your Honor may recall that going back I'm going to

17   say two or three months, I don't recall the date, the issue of

18   Liberty's failure to appear was brought up and at that time I

19   had a conversation with somebody who is an attorney who had not

20   formally represented Liberty but was suggesting that there

21   could be some kind of an arrangement that could be made in the

22   form of some kind of settlement.  That individual, when I

23   followed up with him, did not respond and that was the last

24   communication I had.  So, that was probably in, I want to say

25   it was in April.  And then, since that time, I personally had

L7D5redC

communications with Mr. Amoyelle who, as he has already put on
the record, is the principal of the corporate defendant.  We
did have a settlement communication, at least one, that did not
result in any kind of a settlement for reasons that I can't get
into in detail, but the bottom line is that no one has appeared
on behalf of Liberty, no attorney.

All of the filings including the pleadings as well as
the motions have been served.  I believe the affidavit of
service has been filed on the Court's docket.  We are mindful
of your Honor's order with relation to with the fact that this
case is in the very early stages of discovery and it would be
perhaps be premature to have any kind of damages award
assessed.  The fact is that we have not yet even taken the
depositions of the actual parties.  So far we have taken -- the
only deposition is of a third-party witness who did provide
documentation and who did appear for a fairly lengthy
deposition.  It was an important and instructive deposition and
where we are now is there is no question that Liberty has
failed to appear.

We agree with your Honor's assessment that it is
premature to enter damages award, however we do believe that
given the failure to appear given the fact that we don't
believe there would be any prejudice to JGX who has
cross-claimed against Liberty, that it is appropriate for this
Court to enter a default judgment on the issue of liability

L7D5redC

only and to proceed from this point, which we believe would be

very fruitful, and we believe that we would be in a position,

whether through summary judgment or trial, be able to

demonstrate for the Court a very clear picture of what happened

here.  I don't even believe that the parties are -- I don't

want to speak for JGX, I don't want to speak for Liberty, but I

believe there is already significant evidence in the record to

suggest that we are going to be in a position at a point down

the record to either file for summary judgment or take the case

to trial, if necessary.

        So that is where we are, your Honor.  I'm happy to

talk more about the causes of action.  They are in our papers,

obviously, but I don't want to take up the Court's time, but

the remedy we are asking for is an order on the issue solely as

to the liabilities against Liberty.

        THE COURT:  Let me turn to Mr. Schnapp.

        Let me turn to Ms. Sutton.  What is JGX' view on

whether it is appropriate to issue default just on liability as

to Liberty at this stage?

        MS. SUTTON:  We do not represent Liberty.  And, with

respect to JGX, I don't think it will impact any of the claims

as against JGX LLC.  With respect to Mr. Schnapp's comments

regarding seeing the documents received from Liberty, we

received them last evening and are processing them and will get

them over to his firm of course in due course.  We are really

L7D5redC

1   just starting in the discovery phases of this action so we

2   don't know what will come out in discovery.  The parties have

3   not exchanged their ESI discovery yet, we are in the process of

4   meeting and conferring regarding the voluminous number of hits

5   and key words that came up responsive to the plaintiff's key

6   word requests.  So, if anything else comes up down the road we

7   will bring it to the Court's attention but at this point in

8   time we don't see how a finding would impact the claims against

9   our client.

10              THE COURT:  This is Judge Cronan.

11              Thank you, Ms. Sutton.  The reason I asked is because,

12   as Judges have noted, including Judge Nathan in the case of

13   *Knowles-Carter v. Beyoncé* that I flagged, there are essentially

14   two concerns; one is entering a judgment as to damages as there

15   may be joined in several liabilities, that one would not be an

16   issue here since the plaintiff agreed that deciding damages

17   could be premature, and the other issue is whether a default

18   judgment as to one defendant would prejudice a defendant who is

19   actively litigating the case so that's why I was curious about

20   your view on behalf of JGX.  If I understand correctly, you are

21   of the view that a default just as to liability would not

22   prejudice JGX -- obviously this is separate from whether or not

23   a default is appropriate -- but as to that initial question

24   your view is that it would not prejudice your client?

25              MS. SUTTON:  I would have to take a further look at

L7D5redC

1    the case law but if we are provided our opportunity to defend

2    the case I don't see why it would impact our claims, the claims

3    as to JGX.

4            THE COURT:  Mr. Schnapp, let me ask you about that a

5    little bit more because one of the claims is obviously under

6    civil RICO and I believe a defense that JGX has raised is that

7    it was not part of the enterprise.  Would it be problem if

8    there is a default on liability as to that claim and then maybe

9    down the road there is a finding by the fact finder that JGX

10   was not part of the enterprise?

11           MR. SCHNAPP:  Well, your Honor, I mean, I don't know

12   that I would use the word "problem."  I think that what we know

13   so far -- and JGX may disagree -- but we know that JGX and/or a

14   principal of JGX or people affiliated with JGX were using

15   without -- it is already in the record, that they were using a

16   label "Urbane" -- it is our client's trademark brand -- without

17   authorization to make counterfeit hand sanitizer or were

18   importing it into the United States -- it was being created in

19   Mexico and brought, by trucks, over the border to numerous

20   states.  We don't know yet exactly where it has all been sold.

21   We know that it was sold possibly through major retail outlets

22   and we also know that as part of that, JGX had and was working

23   with, among others, Liberty and other parties, individuals, and

24   perhaps other companies that have not yet been identified.

25           So, to answer your Honor's question directly, we think

L7D5redC

1   that ultimately we will establish a RICO violation.  We do

2   believe that JGX will be jointly and severally liable for that

3   RICO violation.  I don't see, unless I am missing something,

4   how having the default entered against Liberty now would mean

5   the down the road that if JGX does mount a successful defense

6   it will make much of a difference.  I mean, JGX either

7   committed a RICO violation or they didn't, and if they did and

8   that's the finding of the Court or of the jury, then in that

9   case it's a -- I believe we have a remedy against JGX on that

10   basis.  So, I don't see it as a problem and I think that, from

11   the plaintiff's point of view, I don't believe it would affect

12   our rights should the Court proceed to enter a judgment on that

13   claim now.

14          THE COURT:  Thank you, Mr. Schnapp.  My main question

15   here relates to the possibility of inconsistent verdicts on

16   liability.  In other words, a default judgment as to one

17   defendant on liability and possibly the jury finds no liability

18   as to JGX after trial where it would seem difficult to imagine

19   how one could be part -- from what I understand of the

20   allegations, one defendant could be part of a RICO enterprise

21   without and the other one not be a part.

22          Do you see what I am saying?

23          MR. SCHNAPP:  I understand what your Honor is saying.

24   No, I don't see it as a problem.  I think, again, I understand

25   what your Honor is asking.  I believe that JGX obviously is

L7D5redC

1    going -- has appeared and will defend and should the case

2    proceed to trial it is conceivable that JGX does not become

3    liable for the RICO violation but I don't -- I guess what I

4    am -- maybe it is too early in the morning for me but I'm not

5    seeing how it is a problem if that claim is entered as against

6    Liberty at this point.

7              THE COURT:  Thank you.  Give me one moment?

8              (pause)

9              THE COURT:  Thank you, Mr. Schnapp.  So, here is my

10   concern right now with going forward on the default judgment

11   this morning as to Liberty, and the end of what I am going to

12   say is we are going to adjourn today's proceeding and,

13   Mr. Schnapp, I will give you some time in the interim in case

14   there is anything you want to submit on the issue of potential

15   inconsistent liability.  You may not want to, but I will give

16   you the opportunity if you want to send me anything but,

17   Mr. Schnapp, the fact that Mr. --

18             MR. AMOYELLE:  Amoyelle.

19             THE COURT:  Amoyelle -- sorry -- has appeared or is

20   present today --

21             MR. AMOYELLE:  Even has been working with both

22   parties.

23             THE COURT:  Please give me a second, Mr. Amoyelle --

24   suggests that since he is alleged to be, in your complaint, the

25   principal of Liberty, suggests to me that Liberty may want to

L7D5redC

1    challenge this lawsuit.  Now obviously, as we discussed

2    earlier, Mr. Amoyelle cannot represent Liberty but I do think

3    given, especially given that this is a relatively recent case,

4    entering default judgment at this point may not be the prudent

5    thing to do so I'm not going to go through with the colloquy

6    that I would normally do with you to figure out if default

7    judgment is appropriate.  Instead I want to, I'm going to

8    adjourn this probably for about four weeks, I will find out

9    what people's schedules are like -- and, Mr. Amoyelle, in the

10   interim --

11              MR. AMOYELLE:  Yes.

12              THE COURT:    -- I would encourage you to try to obtain

13   counsel for Liberty.  Now, I understand what you said earlier

14   about your financial condition and I'm certainly very

15   sympathetic to that --

16              MR. AMOYELLE:  Can I just be on the record, just 15

17   seconds, real straight and to the point.  This -- hold on one

18   second.

19              (Reporter clarification)

20              THE COURT:  Mr. Amoyelle, that was the court reporter.

21   That was who was asking, she was asking who was talking.

22              For the reporter, that was Mr. Amoyelle.

23              Go ahead, Mr. Amoyelle.

24              MR. AMOYELLE:  In a nutshell, I'm just a warehouse

25   manager who somebody called me from Mexico offering me an

L7D5redC

1    opportunity to import sanitizer.  JGX sent me a label of

2    Urbane.  I trusted them.  I understand there is issues --

3              THE COURT:  Mr. Amoyelle.  Mr. Amoyelle, can I just

4    stop you for one second?

5              MR. AMOYELLE:  Sorry.

6              THE COURT:  I am only stopping you for your own

7    interest --

8              MR. AMOYELLE:  OK.

9              THE COURT:  -- in that I don't want you to, without

10   having an opportunity to talk to an attorney, possibly admit to

11   something that may not be in your interest.  It may --

12             MR. AMOYELLE:  Everything is in my interest because if

13   the truth is out there, it is over; this case is over.  Meaning

14   if I were to tell you it is day outside you wouldn't argue with

15   me.  That's all I want to do, is get the opportunity for a few

16   minutes to be able to present my case.  I am sure the judge

17   will figure out very fast what's going on over here.  These

18   people turned over my life.  I cannot afford legal

19   representation.  I don't believe that there is no law, there is

20   nothing, it doesn't make any sense.  My life is upside down.

21   These people owe me money.  I have people coming after me.

22   Everything is upside down.  It doesn't make sense that I'm not

23   able to state, on the record, exactly what happened without

24   legal representation.  It doesn't make sense.  It just doesn't

25   add up to me.  We are in America in 2021.  It doesn't add up.

L7D5redC

1          THE COURT:  Mr. Amoyelle, this is Judge Cronan again.

2     Here is what I was going to suggest for you.

3          MR. AMOYELLE:  OK.

4          THE COURT:  There is an office in the court house, the

5     office of pro se litigation.  As the Judge in this case I

6     cannot give you legal advice.

7          MR. AMOYELLE:  OK.

8          THE COURT:  Obviously the other attorneys also on this

9     call cannot give you legal advice if they're not your attorney

10    but the office of pro se litigation may be able to help you

11    navigate this, help you figure out what the appropriate --

12         MR. AMOYELLE:  Sorry, your Honor.

13         THE COURT:  Yes.

14         MR. AMOYELLE:  The office of?

15         THE COURT:  Pro se, P-R-O space S-E, litigation.  The

16    phone number is 212- --

17         MR. AMOYELLE:  Hold on; litigation.  212?

18         THE COURT:  805.

19         MR. AMOYELLE:  Right.

20         THE COURT:  0181.

21         MR. AMOYELLE:  0181.  OK.

22         THE COURT:  Now, Mr. Amoyelle, I want to explain to

23    you though that I do not know if they will be able to assist

24    you.  They usually deal with situations where an individual is

25    suing or being sued, not a company.  And here at least the

L7D5redC

1    complaint sues a company, not you.  But, I think that if you

2    call them they may be able to provide you with at least some

3    information or guidance or maybe even help you obtain a pro

4    bono lawyer to represent Liberty.

5              MR. AMOYELLE:  Thank you so much.

6              THE COURT:  But, again, I don't know if they will be

7    able to or not, but I think that is your best option.  In the

8    interim -- in the interim -- I think we should put off this

9    conference for a few weeks.  Mr. Schnapp, I know that's not

10   what you were hoping for today but is there any reason why we

11   cannot do that, given the situation here?

12             MR. AMOYELLE:  No, your Honor.  I mean, I think that

13   it's completely understandable that -- I understand the Court

14   is wrestling with an issue of default and we have somebody who

15   is on the phone as a principal of the defendant who does not

16   appear and I know the courts don't favor defaults and I

17   understand the court's reasoning in doing it.  I think the only

18   comment I would make is that this case, having been filed, I

19   don't have the exact date of when it was filed, I know it was

20   in 2021 but it's, you know, it's a number of months old now.

21             THE COURT:  Yes.

22             MR. SCHNAPP:  And given that there really has been --

23   I believe that, for whatever the reasons are, financial or

24   otherwise of why Liberty has not appeared, those are not

25   changed.  With all due respect to Mr. Amoyelle, the information

L7D5redC

```
1    your Honor gave him about the pro bono office has been -- that

2    is an available route, it has been available.  So, the only

3    thing would I say is that I feel that four weeks feels a little

4    long.  I would ask the Court to make it somewhat shorter,

5    somewhere in the two to three-week time period because, to be

6    frank, we are in discovery now and I think as plaintiffs, given

7    the time that has lapsed, we should have an idea of where

8    things stand; if there is going to be depositions where counsel

9    for Liberty are going to be appearing.  We don't want to be

10   whipsawed afterward and told we didn't give them the

11   opportunity.  And, we need to go forward while the evidence is

12   available and fresh.  So, I would ask the Court to limit that

13   to, say, a two-week time period.

14        THE COURT:  Why don't we do three weeks -- two weeks

15   from now looks like it might be a difficult --

16        MR. AMOYELLE:  I am fine with two weeks, if that makes

17   a difference.  I just need, like Ms. Sutton notified me about

18   today, if the Court can e-mail me and keep me in the loop

19   because I have been served, like many addresses that they

20   locally looked up, none of them were my address until I

21   actually got the paperwork.  Ms. Sutton had no issue getting

22   ahold of me.  She sent me an e-mail, I was responsive.  If I am

23   notified -- I even need a week.  I will work on it right away.

24   I want this over with.  I don't want to waste time on this.

25        THE COURT:  Well, Mr. Amoyelle, this goes back to the
```

L7D5redC

```
 1    problem that we need an attorney appearing for Liberty.

 2              MR. AMOYELLE:  Got it.

 3              THE COURT:  When you speak to the pro se office you

 4    should explain that to them as well and should also give them

 5    the case number for this case.

 6              MR. AMOYELLE:  OK.  What is the case number?

 7              THE COURT:  It is 21 --

 8              MR. AMOYELLE:  21.

 9              THE COURT:  And then Civ; c-I-V.

10              MR. AMOYELLE:  C-I-V.

11              THE COURT:  C-I-V; and then 1054.

12              MR. AMOYELLE:  1054.  Thank you, your Honor.

13              THE COURT:  Thank you.

14              So, why don't we see where we are in two weeks.  We

15    can schedule the next conference for July 27th.

16              MR. AMOYELLE:  27th.

17              THE COURT:  At 11:30 a.m.

18              MR. AMOYELLE:  11:30.

19              THE COURT:  And it will be a telephone conference like

20    this one, it will be the same phone number that everyone is

21    using to call-in to this conference.  There also will be an

22    indication on the docket sheet which is, Mr. Amoyelle, the

23    public case with information about the case, although you

24    probably will not be able to access that because you are not an

25    attorney which is why I am making sure that you have that
```

L7D5redC

1    information now.

2          But, I really emphasize what we started with which is

3    that a company -- and I understand what you are saying about

4    the status of Liberty, but a company can only appear, can only

5    be in court if represented by an attorney.  And I understand

6    that that's a problem for you given the financial situation you

7    described but unless Liberty appears with an attorney, there is

8    a very real probability that a default judgment on liability

9    will be entered as to Liberty.  And what I mean by that is that

10   I would not order damages but I would potentially issue an

11   order saying that Liberty did what the plaintiff -- what

12   Mr. Schnapp's client alleged that they did, what is alleged in

13   the complaint, and therefore may -- will in the future be

14   liable for damages.

15         So, again, I emphasize that because I think it is very

16   important for you to understand the importance of trying to

17   locate an attorney to represent Liberty in this matter because,

18   again, unfortunately you, as someone who is not an attorney,

19   are not able to do that.

20         Mr. Schnapp, are there any other matters that we

21   should address while we are on the line this morning?

22         MR. SCHNAPP:  Your Honor, the only matter -- again, I

23   don't have any direct evidence of this and I would only ask

24   that your Honor I guess pointed out as a point of just going

25   forward, is that I understand, for example, if Mr. Amoyelle, on

L7D5redC

1  behalf of Liberty, and JGX entered the settlement

2  communications, there is a claim -- there is a cross-claim,

3  certainly if that happens that's not anything that we have any

4  control over.  I am concerned that the communications have gone

5  somewhat beyond that.  I am a little concerned that they could

6  veer on the side of legal advice.  I am concerned that

7  Mr. Amoyelle, whether personally or through Liberty, may be a

8  witness, he might be a third-party witness.  I also understand

9  Mr. Amoyelle has expressed his own personal financial concerns

10  but I want -- I think it might be helpful if your Honor just

11  makes it clear that there shouldn't be anything that veers on

12  the level of legal advice being given.  I understand giving the

13  time and date of a telephone conference is not legal advice

14  but, in my mind -- and forgive me because I do represent the

15  plaintiffs in this case, it's -- it just gets to the point

16  where we need a -- we can't be in a situation where we have any

17  sort of any bleed into an area that is untoward.

18          So, I'm not suggesting that that is happening, I'm not

19  suggesting that has happened.  It might --

20          MR. AMOYELLE:  For the record, it is not happening.  I

21  have no intention to join --

22          MR. SCHNAPP:  If I may?

23          THE COURT:  Hold on, Mr. Amoyelle.

24          MR. AMOYELLE:  No.  It is actually upsetting because

25  they're a waste of time at this point, JGX.

L7D5redC

1        MR. SCHNAPP:  All right.  Your Honor, again, I don't

2    have any evidence of that and I'm not seeking to throw anyone

3    under the bus.  I just wanted to ask your Honor to make that

4    clear for any party on this call who may not understand that

5    that is a -- you know, it is a risk to the integrity of the

6    case.

7        THE COURT:  And, Ms. Sutton, I will just go to you.

8    Do you have any concerns with what Mr. Schnapp just said?  I'm

9    certainly not suggesting anything improper has taken place but

10   do you disagree with anything he said about the proper lines

11   here?

12       MS. SUTTON:  I don't disagree.  I reject -- I disagree

13   with the suggestion that was implied given that simply all that

14   happened was a notification, since I was in communication

15   regarding a subpoena and there was a deadline, there was the

16   appearance today, I felt that it was just appropriate to advise

17   him that this appearance was occurring and I provided the

18   dial-in information and that was the extent of it.

19       THE COURT:  Thank you, Ms. Sutton.  And I certainly am

20   not adopting in any way any suggestion at all and I do think it

21   was excusable to flag the conference.

22       MR. AMOYELLE:  Yeah.  I don't know where he went with

23   that, but.

24       THE COURT:  OK.  I think we have covered everything

25   we --

L7D5redC

1          MS. SUTTON:  I have -- sorry.  If I may, your Honor?

2          THE COURT:  Go ahead.

3          MS. SUTTON:  There was discussions between the

4    plaintiff and JGX regarding a 60-day extension of the case, the

5    scheduling order, given where we are with fact discovery.  So,

6    I just wanted to let you know that that letter will be coming

7    in the pipeline.

8          THE COURT:  Thank you.  And when do you, if you can

9    also include a proposed modified case management plan, just

10   attach that to the letter so if I agree with that I can so

11   order that plan.

12         MS. SUTTON:  OK.  Thank you, your Honor.

13         MR. AMOYELLE:  Your Honor?

14         THE COURT:  Go ahead, Mr. Amoyelle.

15         MR. AMOYELLE:  If I was able to get questioned by both

16   parties you know how fast this case would be over?  It would be

17   over today.

18         THE COURT:  Well, it's --

19         MR. AMOYELLE:  I am putting out the truth.

20         THE COURT:  I do hope that you are able to have a

21   productive conversation with the pro se office and I appreciate

22   everyone's assistance this morning, especially the court

23   reporter because I know this was not a particularly easy one to

24   transcribe but thank you, as always, for your help.

25         I issue everyone a good rest of the day.  Take care.

                                o0o

MR. AMOYELLE: [41]
MR. SCHNAPP: [10] 2/22 4/2 5/13 7/15
11/11 12/23 17/22 20/22 21/22 22/1
MS. SUTTON: [8] 3/2 5/1 9/20 10/25
22/12 23/1 23/3 23/12
THE COURT: [56]

-

-----------------------------x [2] 1/2 1/8

0

0181 [2] 16/20 16/21

1

1054 [3] 1/5 19/11 19/12
11:02 [1] 1/9
11:30 [2] 19/17 19/18
13 [1] 1/9
15 [1] 14/16

2

2021 [3] 1/9 15/25 17/20
21 [3] 1/5 19/7 19/8
212 [2] 16/16 16/17
27th [2] 19/15 19/16

6

60-day [1] 23/4

8

805 [1] 16/18

A

a.m [2] 1/9 19/17
able [12] 7/5 9/3 15/16 15/23 16/10 16/23
17/2 17/7 19/24 20/19 23/15 23/20
about [14] 2/6 4/18 5/7 5/22 9/12 10/19
11/4 14/8 14/14 18/1 18/17 19/23 20/3
22/10
access [1] 19/24
account [1] 7/5
accurate [1] 2/11
accusing [1] 5/14
action [2] 9/12 10/1
actively [1] 10/19
actual [1] 8/14
actually [3] 4/9 18/21 21/24
add [2] 15/25 15/25
address [2] 18/20 20/21
addresses [1] 18/19
adjourn [2] 13/12 14/8
admit [1] 15/10
adopting [1] 22/20
advice [5] 16/6 16/9 21/6 21/12 21/13
advise [1] 22/16
advised [1] 5/6
affect [1] 12/11
affidavit [1] 8/8
affiliated [1] 11/14
afford [6] 3/20 4/9 4/11 6/22 7/5 15/18
after [2] 12/18 15/21
afterward [1] 18/10
again [9] 4/20 6/10 12/24 16/1 17/6 20/15
20/18 20/22 22/1
against [6] 6/12 6/13 8/24 9/15 9/22 10/8
12/4 12/9 13/5
agree [3] 5/24 8/20 23/10
agreed [1] 10/16

agrees [1] 4/16
ahead [4] 7/14 19/23 23/2 25/14
ahold [1] 18/22
aid [1] 6/16
al [2] 1/3 1/6
all [10] 2/1 5/13 5/22 8/7 11/20 15/15 17/25
22/1 22/13 22/20
allegations [1] 12/20
alleged [3] 13/24 20/12 20/12
already [3] 8/1 9/7 11/15
also [9] 1/20 2/10 2/15 11/22 16/8 19/4
19/21 21/8 23/9
although [2] 5/11 19/23
always [1] 23/24
am [20] 3/7 3/12 3/12 4/9 4/13 5/19 12/3
12/22 13/4 13/11 15/6 15/16 18/16 18/22
19/25 21/4 21/5 21/6 22/19 23/19
America [1] 15/25
among [1] 11/23
AMOYELLE [34]
answer [2] 4/16 4/17 11/25
any [24]
anybody [1] 4/15
anyone [3] 3/5 5/14 22/2
anything [8] 5/14 10/6 13/14 13/16 21/3
21/11 22/9 22/10
appear [10] 4/4 4/5 5/20 6/11 7/18 8/16
8/19 8/22 17/16 20/4
appearance [2] 22/16 22/17
APPEARANCES [1] 1/14
appeared [5] 5/12 8/5 13/1 13/19 17/24
appearing [4] 2/1 5/10 18/9 19/1
appears [1] 20/7
apply [1] 6/23
appreciate [2] 4/3 23/21
appropriate [7] 5/10 8/24 9/18 10/23 14/7
16/11 22/16
April [1] 7/25
are [46]
area [1] 21/17
argue [1] 15/14
arrangement [1] 7/21
as [35]
ask [6] 2/9 11/4 18/4 18/12 20/23 22/3
asked [1] 10/11
asking [5] 4/13 9/14 12/25 14/21 14/21
assessed [1] 8/13
assessment [5] 5/25 8/20
assist [1] 16/23
assistance [1] 23/22
attach [1] 23/10
attention [1] 10/7
attorney [26]
attorneys [3] 1/16 1/18 16/8
authorization [1] 11/17
available [3] 18/2 18/2 18/12
award [2] 8/12 8/21
away [1] 18/23

B

back [2] 7/16 18/25
bank [1] 7/4
basis [2] 2/16 12/10
be [56]
because [14] 3/22 5/16 7/7 10/11 11/5 15/12
18/5 18/19 19/24 20/15 20/17 21/14 21/24
23/23
become [1] 13/2
been [11] 5/2 8/8 8/9 11/20 11/24 13/21

17/18 17/22 18/4 18/2 18/19
Before [3] 1/10 2/8

begin [1] 2/8
behalf [7] 4/4 4/5 5/12 6/24 8/6 10/20 21/1
being [4] 6/12 11/18 16/25 21/12
believe [16] 5/15 7/9 8/8 8/21 8/23 9/1 9/2
9/5 9/7 11/6 12/2 12/9 12/11 12/25 15/19
17/23
best [2] 6/9 17/7
between [1] 23/3
Beyoncé [1] 10/13
beyond [1] 21/5
bit [1] 11/5
bleed [1] 21/17
bono [4] 6/24 7/3 17/4 18/1
border [1] 11/19
both [2] 13/21 23/15
bottom [1] 8/5
brand [1] 11/16
bring [2] 6/3 10/7
brought [2] 7/18 11/19
bus [1] 22/3

C

c-I-V [3] 19/9 19/10 19/11
call [8] 4/12 4/13 4/14 5/11 16/9 17/2 19/21
22/4
call-in [1] 19/21
called [2] 2/7 14/25
came [1] 10/5
can [16] 2/10 3/20 4/21 4/25 5/22 6/3 6/18
7/4 14/16 15/3 18/18 19/15 20/4 20/4 23/8
23/10
can't [3] 3/17 8/4 21/16
cannot [9] 3/23 4/4 4/9 4/11 14/2 15/18
16/6 16/9 17/11
care [1] 23/25
Carter [1] 10/13
case [30]
cases [1] 6/23
causes [1] 9/12
certainly [4] 14/14 21/3 22/9 22/19
challenge [1] 14/1
changed [1] 17/20
charging [1] 6/25
Civ [2] 1/5 19/9
civil [2] 6/23 11/6
claim [5] 11/8 12/13 13/5 21/2 21/2
claimed [1] 8/24
claims [5] 9/21 10/8 11/2 11/2 11/5
clarification [1] 14/19
clarifying [1] 5/8
clear [3] 9/4 21/11 22/4
clearly [2] 2/10 3/24
client [3] 10/9 10/24 20/12
client's [1] 11/16
colloquy [1] 14/5
come [1] 10/2
comes [1] 10/6
coming [2] 15/21 23/6
comment [1] 17/18
comments [1] 9/22
committed [1] 12/7
communication [4] 5/3 7/24 8/3 22/14
communications [3] 8/1 21/2 21/4
companies [1] 11/24
company [16] 3/14 3/14 3/17 3/18 3/19 3/20
3/21 4/7 4/8 5/25 6/7 6/24 16/25 17/1 20/3
20/4

## C

**complaint [3]** 13/24 17/1 20/13
**completely [1]** 2/11 17/13
**conceivable [1]** 13/2
**concern [1]** 13/10
**concerned [4]** 5/19 21/4 21/5 21/6
**concerning [1]** 5/3
**concerns [3]** 10/14 21/9 22/8
**condition [1]** 14/14
**conference [8]** 6/4 6/9 17/9 19/15 19/19 19/21 21/13 22/21
**conferences [1]** 2/18
**conferring [1]** 10/4
**connection [1]** 5/4
**construed [1]** 5/20
**contacted [1]** 4/24
**control [1]** 21/4
**conversation [2]** 7/19 23/21
**copy [1]** 5/18
**Coronado [1]** 2/24
**corporate [5]** 3/23 5/25 6/10 6/13 8/2
**corporation [1]** 4/22
**correct [1]** 5/15
**correctly [1]** 10/20
**could [9]** 2/19 5/20 6/25 7/21 7/21 10/17 12/19 12/20 21/5
**couldn't [1]** 6/20
**counsel [7]** 4/24 6/1 6/10 6/19 6/22 14/13 18/8
**counterfeit [1]** 11/17
**course [4]** 2/12 4/17 9/25 9/25
**court [20]** 1/1 2/1 2/9 2/17 2/18 5/6 6/3 6/3 8/25 9/4 12/8 12/12 14/20 16/4 17/13 18/4 18/12 18/18 20/5 23/22
**court's [4]** 8/9 9/13 10/7 17/17
**courts [1]** 17/16
**covered [1]** 22/24
**COVID [1]** 4/7
**created [1]** 11/18
**criminal [2]** 6/21 6/21
**CRONAN [6]** 1/11 2/5 3/9 4/20 10/10 16/1
**cross [3]** 8/24 21/2
**cross-claim [1]** 21/2
**cross-claimed [1]** 8/24
**curious [1]** 10/19

## D

**damages [6]** 8/12 8/21 10/14 10/16 20/10 20/14
**DANIEL [2]** 1/17 2/23
**date [5]** 5/6 6/3 7/17 17/19 21/13
**DAVID [3]** 1/20 2/4 3/8
**day [3]** 15/14 23/4 23/25
**deadline [1]** 22/15
**deal [1]** 16/2
**deciding [1]** 10/16
**default [15]** 6/2 6/12 8/25 9/18 10/17 10/21 10/23 11/8 12/4 12/16 13/10 14/4 14/6 17/14 20/8
**defaults [1]** 17/16
**defend [2]** 11/1 13/1
**defendant [17]** 1/18 3/11 3/13 3/14 4/23 4/22 5/23 6/1 6/8 6/10 6/13 8/2 10/18 10/18 12/17 12/20 17/15
**defendants [2]** 1/7 6/21
**defense [2]** 11/6 12/5
**demonstrate [1]** 9/4
**Denied [1]** 6/6
**deposition [3]** 8/15 8/17 8/17

**depositions [2]** 8/14 18/8
**described [1]** 20/7
**detail [1]** 8/5
**dial [1]** 22/18
**dial-in [1]** 22/18
**did [8]** 7/23 8/3 8/3 8/15 8/16 12/7 20/11 20/12
**didn't [2]** 12/7 18/10
**difference [2]** 12/6 18/17
**difficult [2]** 12/18 18/15
**difficulty [1]** 2/14
**direct [1]** 20/23
**directly [1]** 11/25
**disagree [4]** 11/13 22/10 22/12 22/12
**discovery [6]** 8/11 10/1 10/2 10/3 18/6 23/5
**discussed [1]** 14/1
**discussions [1]** 23/3
**Distributing [1]** 2/24
**Distributors [1]** 3/6
**DISTRICT [3]** 1/1 1/1 1/12
**do [27]**
**docket [2]** 8/9 19/22
**documentation [1]** 8/16
**documents [3]** 5/4 5/5 9/23
**does [9]** 3/18 3/19 6/1 6/11 6/23 7/1 12/5 13/2 17/15
**doesn't [5]** 15/20 15/22 15/24 15/24 15/25
**doing [1]** 17/17
**don't [38]**
**down [6]** 9/8 10/6 11/9 12/5 15/20 15/22
**due [2]** 9/25 17/25

## E

**e-mail [3]** 4/12 18/18 18/22
**earlier [2]** 14/2 14/13
**early [2]** 8/11 13/4
**easy [1]** 23/23
**either [2]** 9/9 12/6
**else [1]** 10/6
**emphasize [2]** 20/2 20/15
**encourage [1]** 14/12
**end [1]** 13/11
**enter [3]** 8/21 8/25 12/12
**entered [5]** 6/12 12/4 13/5 20/9 21/1
**entering [2]** 10/14 14/4
**enterprise [3]** 11/7 11/10 12/20
**entirely [1]** 5/21
**entitled [1]** 6/22
**ESI [1]** 10/3
**especially [2]** 14/3 23/22
**essentially [1]** 10/13
**establish [1]** 12/1
**established [1]** 3/24
**et [2]** 1/3 1/6
**even [6]** 5/19 8/13 9/5 13/21 17/3 18/23
**evening [1]** 9/24
**everyone [4]** 2/9 2/16 19/20 23/25
**everyone's [1]** 23/22
**everything [4]** 7/4 15/12 15/22 22/24
**evidence [4]** 9/7 18/11 20/23 22/2
**exact [1]** 17/19
**exactly [3]** 7/8 11/20 15/23
**example [1]** 20/25
**exchanged [1]** 10/3
**excusable [1]** 22/21
**Excuse [1]** 6/20
**experience [1]** 4/8
**explain [3]** 6/9 16/22 19/4
**expressed [1]** 21/9

**extension [1]** 23/4
**extent [1]** 22/18

## F

**fact [6]** 8/10 8/13 8/22 11/9 13/17 23/5
**failed [1]** 8/19
**failure [2]** 7/18 8/22
**fairly [1]** 8/16
**far [2]** 8/14 11/13
**fast [2]** 15/17 23/16
**favor [1]** 17/16
**feel [1]** 18/3
**feels [1]** 18/3
**felt [2]** 12/6 22/16
**few [2]** 15/15 17/9
**figure [4]** 3/22 14/6 15/17 16/11
**file [1]** 9/9
**filed [3]** 8/9 17/18 17/19
**filings [1]** 8/7
**financial [6]** 6/16 6/18 14/14 17/23 20/6 21/9
**find [2]** 2/20 14/8
**finder [1]** 11/9
**finding [3]** 10/8 11/9 12/8
**finds [1]** 12/17
**fine [1]** 18/16
**firm [1]** 9/25
**first [2]** 2/20 5/13
**flag [1]** 22/21
**flagged [1]** 10/13
**followed [1]** 7/23
**following [1]** 2/14
**forgive [1]** 21/14
**forgot [1]** 6/19
**form [1]** 7/22
**formal [1]** 5/21
**formally [1]** 7/20
**forward [3]** 13/10 18/11 20/25
**four [2]** 14/8 18/3
**frank [1]** 18/6
**free [1]** 6/22
**fresh [1]** 18/12
**fruitful [1]** 9/2
**frustration [1]** 7/12
**further [1]** 10/25
**future [1]** 20/13

## G

**gave [1]** 18/1
**get [6]** 2/6 7/9 8/4 9/24 15/15 23/15
**gets [1]** 21/15
**getting [1]** 18/21
**give [11]** 6/15 7/4 7/13 13/7 13/13 13/15 13/23 16/6 16/9 18/10 19/4
**given [13]** 4/22 4/23 8/22 8/22 14/3 14/3 17/11 17/22 18/6 20/6 21/12 22/13 23/5
**giving [1]** 21/12
**go [8]** 7/12 7/14 14/5 14/23 18/11 22/7 23/2 23/14
**goes [1]** 18/25
**going [18]** 3/22 5/21 6/9 7/8 7/16 7/16 9/8 13/1 13/10 13/11 13/12 14/5 14/7 15/17 16/2 18/8 18/9 20/24
**gone [1]** 21/4
**good [4]** 2/22 3/1 3/2 23/25
**got [4]** 4/12 6/17 18/21 19/2
**guess [2]** 13/3 20/24
**guidance [1]** 17/3
**guy [2]** 4/8 4/9

# H

**had [6]** 7/19 7/19 7/24 7/25 11/22 18/21
**hand [1]** 11/17
**happened [4]** 9/4 15/23 21/19 22/14
**happening [2]** 21/18 21/20
**happens [1]** 21/3
**happy [2]** 4/16 9/11
**has [23]** 4/15 5/11 6/4 6/17 6/17 8/1 8/5 8/9 8/18 8/23 11/6 11/20 13/1 13/19 13/21 17/22 17/24 18/1 18/2 18/7 21/9 21/19 22/9
**have [44]**
**having [2]** 2/13 12/4 15/10 17/18
**he [9]** 4/23 5/5 5/23 5/24 8/1 13/24 21/8 22/10 22/22
**hearing [1]** 6/14
**Hello [3]** 2/2 2/2 2/3
**help [4]** 16/10 16/11 17/3 23/24
**helpful [1]** 21/10
**here [12]** 4/21 6/18 7/8 9/5 10/16 12/15 13/9 15/17 16/2 16/25 17/11 22/11
**hesitate [1]** 2/12
**him [5]** 5/6 7/13 7/23 18/1 22/17
**hire [2]** 6/16 7/2
**his [2]** 9/25 21/9
**hits [1]** 10/4
**hold [3]** 14/17 16/17 21/23
**HON [1]** 1/11
**Honor [25]**
**Honor's [4]** 5/25 8/10 8/20 11/25
**hope [1]** 23/20
**hoping [1]** 17/10
**house [1]** 16/4
**how [6]** 2/5 10/8 12/4 12/19 13/5 23/16
**however [1]** 8/21
**hundred [1]** 5/16

# I

**I'm [19]** 3/16 4/8 5/14 5/16 5/16 5/21 7/7 7/16 9/11 13/4 14/5 14/7 14/14 14/24 15/22 21/18 21/18 22/2 22/8
**idea [1]** 18/7
**identified [1]** 11/24
**identify [1]** 2/10
**imagine [1]** 12/18
**impact [3]** 9/21 10/8 11/2
**implied [1]** 22/13
**import [1]** 15/1
**importance [1]** 20/16
**important [2]** 8/17 20/16
**importing [1]** 11/18
**improper [1]** 22/9
**include [1]** 23/9
**including [4]** 2/13 2/18 8/7 10/12
**inconsistent [2]** 12/15 13/15
**indication [1]** 19/22
**individual [2]** 7/22 16/24
**individuals [1]** 11/23
**information [7]** 4/24 5/6 17/3 17/25 19/23 20/1 22/18
**initial [1]** 10/23
**Instead [1]** 14/7
**instructive [1]** 8/17
**integrity [1]** 22/5
**intention [1]** 21/21
**interest [3]** 15/7 15/11 15/12
**interim [4]** 13/13 14/10 17/8 17/8
**International [1]** 3/6
**interrupt [1]** 2/13
**is [126]**

# J

**JGX [30]**
**JGX' [1]** 9/17
**JOHN [1]** 1/11
**join [3]** 4/13 6/8 21/21
**joined [1]** 10/15
**joining [1]** 4/4
**jointly [1]** 12/2
**JPC [1]** 1/5
**judge [10]** 1/12 2/5 3/9 4/16 4/19 10/10 10/12 15/16 16/1 16/5
**Judges [1]** 10/12
**judgment [12]** 6/12 8/25 9/3 9/9 10/14 10/18 12/12 12/16 13/10 14/4 14/7 20/8
**July [1]** 1/9 19/15
**jury [2]** 12/8 12/17
**just [17]** 7/6 9/18 10/1 10/21 14/16 14/16 14/24 15/3 15/24 18/17 20/24 21/10 21/15 22/3 22/7 22/8 22/16 23/6 23/9

# K

**keep [1]** 18/18
**key [2]** 10/5 10/5
**kind [4]** 7/21 7/22 8/4 8/12
**know [23]** 5/21 5/21 5/22 5/23 7/4 10/2 11/11 11/12 11/13 11/20 11/21 11/22 16/23 17/6 17/9 17/16 17/19 17/20 22/5 22/22 23/6 23/16 23/23
**Knowles [1]** 10/13
**Knowles-Carter [1]** 10/13

# L

**label [2]** 11/16 15/1
**lapsed [1]** 18/7
**last [3]** 6/4 7/23 9/24
**law [5]** 3/25 6/17 7/1 11/1 15/19
**lawsuit [1]** 14/1
**lawyer [2]** 6/16 17/4
**LAZARUS [5]** 1/18 1/18 3/3 3/3 3/4
**least [4]** 3/24 8/3 16/25 17/2
**legal [9]** 6/19 7/9 15/18 15/24 16/6 16/9 21/6 21/12 21/13
**lengthy [1]** 8/16
**let [5]** 2/20 9/16 9/17 11/4 23/6
**letter [2]** 23/6 23/10
**level [1]** 21/12
**liabilities [2]** 9/15 10/15
**liability [9]** 8/25 9/18 10/21 11/8 12/16 12/17 12/17 13/15 20/8
**liable [3]** 12/2 13/3 20/14
**Liberty [35]**
**Liberty's [1]** 7/18
**life [2]** 15/18 15/20
**like [6]** 5/14 14/9 18/15 18/17 18/19 19/19
**limit [1]** 18/12
**line [7]** 2/9 2/15 2/17 2/20 3/5 8/5 20/21
**lines [1]** 22/10
**listen [1]** 2/16
**listen-only [1]** 2/16
**litigating [1]** 10/19
**litigation [4]** 16/5 16/10 16/15 16/17
**little [4]** 5/19 11/5 18/3 21/5

# LLC [6]  1/3 1/6 2/24 2/25 3/3 9/22
**LLP [1]** 3/4 9/16
**locally [1]** 18/20
**locate [1]** 20/17
**long [1]** 18/4
**look [1]** 10/25
**looked [1]** 18/20
**looks [1]** 18/15
**loop [1]** 18/18

# M

**made [2]** 4/7 7/21
**mail [3]** 4/12 18/18 18/22
**main [1]** 12/14
**major [1]** 11/21
**make [8]** 11/17 12/6 15/20 15/22 15/24 17/18 18/4 22/3
**makes [2]** 18/16 21/11
**making [1]** 19/25
**management [1]** 23/9
**manager [1]** 14/25
**many [1]** 18/19
**matter [2]** 20/17 20/22
**matters [1]** 20/20
**may [16]** 2/16 7/16 10/15 11/13 13/15 13/25 14/5 15/11 15/11 16/10 17/2 20/13 21/7 21/22 22/4 23/1
**maybe [3]** 11/8 13/4 17/3
**me [29]**
**mean [5]** 11/11 12/4 12/6 17/12 20/9
**Meaning [1]** 15/13
**meeting [1]** 10/4
**mentioned [1]** 4/23
**mess [1]** 4/10
**Mexico [2]** 11/19 14/25
**might [4]** 18/15 21/8 21/10 21/19
**mind [1]** 21/14
**mindful [1]** 8/9
**minutes [1]** 15/16
**missing [1]** 12/3
**modified [1]** 23/9
**moment [1]** 13/7
**money [1]** 15/21
**months [2]** 7/17 17/20
**more [3]** 4/16 9/12 11/5
**morning [7]** 2/22 3/1 3/2 13/4 13/11 20/21 23/22
**motion [1]** 6/2
**motions [1]** 8/8
**mount [1]** 12/5
**Mr [3]** 13/17 13/23 14/22
**Mr. [43]**
**Mr. Amoyelle [27]**
**Mr. Schnapp [14]** 4/1 5/9 6/15 7/13 7/14 9/16 11/4 12/14 13/9 13/13 13/17 17/9 20/20 22/8
**Mr. Schnapp's [2]** 9/22 20/12
**Ms [6]** 9/17 10/11 18/17 18/21 22/7 22/19
**Ms. [5]** 3/4 4/23 5/1 5/7 5/15
**Ms. Lazarus [1]** 3/4
**Ms. Sutton [4]** 4/23 5/1 5/7 5/15
**much [2]** 12/6 17/5
**my [16]** 3/7 3/24 3/24 6/9 7/3 7/4 7/6 7/10 12/14 13/9 15/12 15/18 15/20 18/20 21/14
**myself [2]** 3/7 3/12

# N

**N.Y [1]** 1/8

**N**

name [1] 3/7
Nathan [1] 10/12
navigate [1] 16/11
necessary [1] 9/10
need [9] 3/14 3/22 6/10 7/12 18/11 18/17
 18/23 19/1 21/16
needs [1] 6/1
NEW [2] 1/1 1/8
next [1] 19/15
NIXON [2] 1/16 2/23
no [13] 5/11 6/6 6/25 8/5 8/6 8/18 12/17
 12/24 15/19 17/12 18/21 21/21 21/24
nobody [1] 7/3
non [1] 3/23
non-attorney [1] 3/23
none [1] 18/20
normally [1] 14/6
not [63]
note [1] 2/8
noted [1] 10/12
nothing [2] 7/5 15/20
notification [1] 22/14
notified [4] 5/2 5/5 18/1 18/23
now [12] 7/12 8/18 12/4 12/13 13/10 14/1
 14/13 16/22 17/20 18/6 18/15 20/1
number [6] 10/4 16/16 17/20 19/5 19/6
 19/20
numerous [1] 11/19
nutshell [1] 14/24

**O**

o0o [1] 23/25
obtain [2] 14/12 17/3
obvious [1] 2/11
obviously [6] 9/13 10/22 11/5 12/25 14/1
 16/8
occurring [1] 22/17
off [1] 17/8
offering [1] 14/25
office [7] 16/4 16/5 16/10 16/14 18/1 19/3
 23/21
OK [11] 2/5 3/13 3/17 4/3 15/8 16/3 16/7
 16/21 19/6 22/24 23/12
old [1] 17/20
once [1] 7/7
one [18] 2/18 5/11 6/22 8/3 8/5 10/14 10/15
 10/18 11/5 12/16 12/19 12/20 12/21 13/7
 14/17 15/4 19/20 23/23
only [10] 2/16 8/15 9/1 15/6 17/17 18/2
 20/4 20/4 20/22 20/23
open [1] 2/15
opportunity [7] 7/10 11/1 13/16 15/1 15/10
 15/15 18/11
option [1] 17/7
order [6] 8/10 9/14 20/10 20/11 23/5 23/11
other [8] 4/10 10/17 11/23 11/24 12/16
 12/21 16/8 20/20
others [1] 11/23
otherwise [1] 17/24
our [9] 5/4 6/2 6/4 9/12 10/9 11/1 11/2
 11/16 12/12
out [13] 2/20 3/22 6/17 7/7 7/8 10/2 14/6
 14/8 15/13 15/17 16/11 20/24 23/19
outlets [1] 11/21
outside [1] 15/14
over [10] 9/25 11/19 15/13 15/13 15/17
 15/18 18/24 21/4 23/16 23/17
overnight [1] 4/7

**P**

P-R-O [1] 16/15
P.C [1] 1/18
papers [1] 9/12
paperwork [1] 18/21
part [6] 11/7 11/10 11/22 12/19 12/20 12/21
particularly [1] 23/23
parties [9] 2/1 4/10 4/15 8/14 9/5 10/2
 11/23 13/22 23/16
party [4] 5/24 8/15 21/8 22/4
pause [1] 13/8
PC [1] 3/3
PEABODY [2] 1/16 2/23
people [4] 11/14 15/18 15/21 15/21
people's [1] 14/9
percent [1] 5/16
perhaps [2] 8/12 11/24
period [2] 18/5 18/13
Permission [1] 6/5
personal [1] 21/9
personally [2] 7/25 21/7
phases [1] 10/1
phone [3] 16/16 17/15 19/20
picture [1] 9/4
pipeline [1] 23/7
place [1] 22/9
plaintiff [4] 2/21 10/16 20/11 23/4
plaintiff's [2] 10/5 12/11
plaintiffs [5] 1/4 1/16 2/24 18/6 21/15
plan [2] 23/9 23/11
pleadings [1] 8/7
please [3] 5/16 7/14 13/23
point [11] 7/3 9/1 9/8 10/7 12/11 13/6 14/4
 14/17 20/24 21/15 21/25
pointed [1] 20/24
position [2] 9/2 9/8
possibility [1] 12/15
possibly [3] 11/21 12/17 15/10
potential [1] 13/14
potentially [1] 20/10
prejudice [4] 8/23 10/18 10/22 10/24
premature [3] 8/12 8/21 10/17
present [4] 1/20 5/11 13/20 15/16
press [1] 2/16
principal [4] 8/2 11/14 13/25 17/15
pro [9] 6/24 7/3 16/5 16/10 16/15 17/3 18/1
 19/3 23/21
pro se [5] 16/5 16/10 16/15 19/3 23/21
probability [1] 20/8
probably [3] 7/24 14/8 19/24
problem [8] 3/22 11/7 11/12 12/10 12/24
 13/5 19/1 20/6
proceed [4] 6/2 9/1 12/12 13/2
proceeding [2] 1/5 13/12
proceedings [1] 2/14
process [1] 10/3
processing [1] 9/24
productive [1] 23/21
prohibits [1] 2/17
proper [1] 22/10
proposed [1] 23/9
protect [1] 6/18
provide [2] 8/15 17/2
provided [4] 5/5 5/18 11/1 22/17
prudent [1] 4/4
public [2] 2/15 19/23

**Q**

purpose [1] 6/13
put [4] 4/10 7/6 8/1 17/8
putting [1] 23/19

question [4] 8/18 10/23 11/25 12/14
questioned [1] 23/15
questions [2] 4/15 4/17

**R**

raised [1] 11/6
ready [1] 6/2
real [2] 14/17 20/8
really [3] 9/25 17/22 20/2
reason [3] 4/13 10/11 17/10
reasoning [1] 17/17
reasons [2] 8/4 17/23
rebroadcasting [1] 2/18
recall [2] 7/16 7/17
received [3] 5/17 9/23 9/24
recent [1] 14/3
record [7] 8/2 9/7 9/9 11/15 14/16 15/23
 21/20
recording [1] 2/17
RED [2] 1/3 2/24
regard [1] 6/2
regarding [4] 9/23 10/4 22/15 23/4
reject [1] 22/12
relates [1] 12/15
relation [1] 8/10
relatively [1] 14/3
remedy [2] 9/14 12/9
remind [1] 2/16
Remote [1] 1/5
reporter [6] 2/9 2/12 14/19 14/20 14/22
 23/23
represent [8] 2/23 3/17 3/23 9/20 14/2 17/4
 20/17 21/14
representation [2] 15/19 15/24
represented [3] 3/15 7/20 20/5
representing [7] 3/3 3/5 3/7 3/10 3/12 6/6
 6/7
request [1] 5/4
requests [1] 10/6
required [1] 5/18
requirement [1] 7/1
respect [3] 9/21 9/22 17/25
respond [1] 7/23
responsive [2] 10/5 18/22
rest [1] 23/25
result [2] 2/19 8/4
results [1] 5/17
retail [1] 11/21
RICO [6] 11/6 12/1 12/3 12/7 12/20 13/3
right [4] 13/10 16/19 18/23 22/1
rights [1] 12/12
risk [2] 6/12 22/5
road [3] 10/6 11/9 12/5
ROCK [2] 1/3 2/24
route [1] 18/2
running [1] 4/8
runs [2] 4/8 6/12

**S**

S-E [1] 16/15
said [3] 14/13 22/8 22/10
same [1] 19/20
sanctions [1] 2/19
sanitizer [2] 11/17 15/1

eye [1] 15/21
own [2] 15/6 21/9

**S**

say **[9]** 5/11 5/14 5/22 7/10 7/17 7/24 13/12 18/3 18/13
saying **[6]** 2/3 7/12 12/22 12/23 20/3 20/11
schedule **[1]** 19/15
schedules **[1]** 14/9
scheduling **[1]** 23/5
SCHNAPP **[16]** 1/17 2/23 4/1 5/9 6/15 7/13 7/14 9/16 11/4 12/14 13/9 13/13 13/17 17/9 20/20 22/8
Schnapp's **[2]** 9/22 20/12
se **[5]** 16/5 16/10 16/15 19/3 23/21
second **[3]** 13/23 14/18 15/4
seconds **[1]** 14/17
see **[7]** 10/8 11/2 12/3 12/10 12/22 12/24 19/14
seeing **[2]** 9/23 13/5
seek **[1]** 6/18
seeking **[1]** 22/2
seem **[1]** 12/18
send **[1]** 13/16
sense **[3]** 15/20 15/22 15/24
sent **[3]** 5/4 15/1 18/22
separate **[1]** 10/22
served **[2]** 8/8 18/19
service **[1]** 8/9
settlement **[4]** 7/22 8/3 8/4 21/1
several **[1]** 10/15
severally **[1]** 12/2
share **[2]** 4/25 5/2
she **[2]** 14/21 18/22
sheet **[1]** 19/22
shorter **[1]** 18/4
should **[9]** 2/12 5/11 12/12 13/1 17/8 18/7 19/4 19/4 20/21
shouldn't **[1]** 21/11
side **[1]** 21/6
significant **[1]** 9/7
simple **[1]** 4/9
simply **[2]** 5/5 22/13
since **[6]** 5/10 6/4 7/25 10/16 13/24 22/14
situation **[3]** 17/11 20/6 21/16
situations **[1]** 16/24
so **[26]**
sold **[2]** 11/20 11/21
solely **[1]** 9/14
some **[5]** 4/10 7/21 7/22 13/13 17/2
somebody **[3]** 7/19 14/25 17/14
someone **[1]** 20/18
something **[7]** 3/21 5/20 6/17 6/18 6/19 12/3 15/11
somewhat **[2]** 18/4 21/5
somewhere **[1]** 18/5
sorry **[5]** 5/7 13/19 15/5 16/12 23/1
sort **[1]** 21/17
SOURCING **[2]** 1/3 2/24
SOUTHERN **[1]** 1/1
space **[1]** 16/15
speak **[6]** 2/10 6/5 7/6 9/6 9/6 19/3
speaking **[2]** 2/11 2/14
speaks **[1]** 2/9
stage **[1]** 9/19
stages **[1]** 8/11
stand **[2]** 7/13 18/8
start **[1]** 2/21
started **[2]** 2/6 20/2
starting **[1]** 10/1
state **[1]** 15/23
states **[3]** 1/1 11/18 11/20

**status [1]** 20/4
**stiff [1]** 3/1
**stop [1]** 15/4
**stopping [1]** 15/6
**story [1]** 7/10
**straight [1]** 14/17
**submit [1]** 13/14
**subpoena [3]** 5/3 5/17 22/15
**successful [1]** 12/5
**sued [1]** 16/25
**sues [1]** 17/1
**suggest [2]** 9/8 16/2
**suggesting [4]** 7/20 21/18 21/19 22/9
**suggestion [2]** 22/13 22/20
**suggests [2]** 13/24 13/25
**suing [1]** 16/25
**summary [2]** 9/3 9/9
**sure [5]** 5/16 5/16 7/7 15/16 19/25
**SUTTON [12]** 1/19 3/3 4/23 5/1 5/7 5/15 9/17 10/11 18/17 18/21 22/7 22/19
**sympathetic [1]** 14/15
**system [1]** 7/9

**T**

**take [5]** 6/24 9/9 9/13 10/25 23/25
**taken [3]** 8/13 8/14 22/9
**talk [2]** 9/12 15/10
**talking [1]** 14/21
**telephone [3]** 2/15 19/19 21/13
**telephonically [1]** 2/1
**tell [1]** 15/14
**telling [1]** 5/19
**terminology [1]** 6/19
**than [1]** 4/16
**thank [15]** 3/4 4/19 5/7 5/8 10/11 12/14 13/7 13/9 17/5 19/12 19/13 22/19 23/8 23/12 23/24
**that [156]**
**that's [8]** 4/18 5/22 10/19 12/8 15/15 17/9 20/6 21/3
**their [2]** 4/12 10/3
**them [9]** 9/24 9/24 9/25 15/2 17/2 18/10 18/20 19/4 19/4
**then [6]** 3/18 7/25 11/8 12/8 19/9 19/11
**there [33]**
**therefore [2]** 4/11 20/13
**these [4]** 4/10 4/10 15/17 15/21
**they [11]** 9/12 11/15 12/7 12/7 16/23 16/24 17/2 17/6 18/19 20/12 21/5
**they're [3]** 6/22 16/9 21/25
**thing [2]** 14/5 18/3
**things [2]** 7/13 18/8
**think [17]** 5/17 9/21 11/12 11/25 12/10 12/24 14/2 17/1 17/7 17/8 17/12 17/17 18/6 20/15 21/10 22/20 22/24
**third [3]** 5/24 8/15 21/8
**third-party [3]** 5/24 8/15 21/8
**this [61]**
**those [2]** 17/24
**though [1]** 16/23
**thoughts [1]** 5/9
**three [3]** 7/17 18/5 18/14
**three-week [1]** 18/5
**through [4]** 9/3 11/21 14/5 21/7
**throw [1]** 22/2
**time [12]** 5/24 7/18 7/25 9/13 10/8 13/13 18/5 18/7 18/13 18/24 21/13 21/25
**today [9]** 4/4 5/6 5/10 5/20 13/20 17/10 18/18 22/16 23/17

**today's [2]** 6/14 13/12
**told [2]** 9/1 18/10
**too [1]** 13/4
**took [1]** 7/3
**trademark [1]** 11/16
**transcribe [1]** 23/24
**transcript [1]** 2/12
**transpired [1]** 6/4
**trial [4]** 9/3 9/10 12/18 13/2
**tried [1]** 7/2
**trucks [1]** 11/19
**trusted [1]** 15/2
**truth [4]** 7/6 7/8 15/13 23/19
**try [2]** 2/9 14/12
**trying [1]** 20/16
**turn [2]** 9/16 9/17
**turned [1]** 15/18
**two [7]** 7/17 10/14 18/5 18/13 18/14 18/16 19/14
**two-week [1]** 18/13

**U**

**ultimately [1]** 12/1
**unable [1]** 6/22
**under [3]** 7/1 11/5 22/3
**understand [18]** 4/6 7/7 7/11 10/20 12/19 12/23 12/24 14/13 15/2 17/13 17/17 20/3 20/5 20/16 20/25 21/8 21/12 22/4
**understandable [1]** 17/13
**understanding [3]** 3/25 4/1
**unfortunately [2]** 4/21 20/18
**UNITED [2]** 1/1 11/18
**unless [2]** 12/3 20/7
**until [1]** 18/20
**untoward [1]** 21/17
**up [9]** 6/3 7/18 7/23 9/13 10/5 10/6 15/25 15/25 18/20
**update [2]** 6/15 7/13
**upsetting [1]** 21/24
**upside [2]** 15/20 15/22
**Urbane [2]** 11/16 15/2
**us [2]** 2/13 4/25
**use [1]** 11/12
**using [3]** 11/14 11/15 19/21
**usually [1]** 16/24

**V**

**veer [1]** 21/6
**veers [1]** 21/11
**verdicts [1]** 12/15
**very [8]** 3/24 8/11 9/2 9/4 14/14 15/17 20/8 20/15
**view [6]** 3/24 9/17 10/20 10/21 10/24 12/11
**violation [4]** 12/1 12/3 12/7 13/3
**violations [1]** 2/19
**voluminous [1]** 10/4

**W**

**want [18]** 6/15 7/6 7/24 9/6 9/6 9/13 13/14 13/15 13/16 13/25 14/7 15/9 15/15 16/22 18/9 18/24 18/24 21/10
**wanted [2]** 22/3 23/6
**warehouse [2]** 4/9 14/24
**was [37]**
**waste [2]** 18/24 21/25
**way [2]** 4/21 22/20
**we [70]**
**week [3]** 18/5 18/13 18/23
**weeks [7]** 14/8 17/9 18/3 18/14 18/14 18/16

**W**

**weeks... [1]**  19/14
**welcome [1]**  6/8
**well [11]**  2/5 3/13 3/17 3/21 4/1 5/13 8/7
  11/11 18/25 19/4 23/18
**went [1]**  22/22
**were [6]**  11/14 11/15 11/17 15/14 17/10
  18/20
**what [30]**
**what's [1]**  15/17
**whatever [1]**  17/23
**when [4]**  7/22 17/19 19/3 23/8
**where [13]**  7/13 8/18 9/11 11/20 12/18
  16/24 18/7 18/8 19/14 21/16 21/16 22/22
  23/5
**whether [5]**  9/3 9/18 10/17 10/22 21/7
**which [8]**  5/17 6/1 6/13 6/23 9/1 19/22
  19/25 20/2
**while [2]**  18/11 20/21
**whipsawed [1]**  18/10
**who [23]**  2/3 2/9 2/11 2/14 2/16 2/20 3/9
  3/10 3/10 7/19 7/19 8/1 8/15 8/16 8/23
  10/18 14/21 14/21 14/25 17/14 17/15 20/18
  22/4
**why [8]**  4/13 10/19 11/2 17/10 17/24 18/14
  19/14 19/25
**will [29]**
**wishes [3]**  5/15 6/3 6/24
**without [6]**  6/25 11/15 11/16 12/21 15/9
  15/23
**witness [4]**  5/24 8/15 21/8 21/8
**word [2]**  10/6 11/12
**words [2]**  10/5 12/16
**work [2]**  4/21 18/23
**working [2]**  11/22 13/21
**would [31]**
**wouldn't [1]**  15/14
**wrestling [1]**  17/14

**Y**

**Yeah [1]**  22/22
**Yes [4]**  7/15 14/11 16/13 17/21
**yet [4]**  8/13 10/3 11/20 11/24
**YORK [2]**  1/1 1/8
**you [89]**
**your [41]**
**yourself [1]**  2/10
**YVETTE [2]**  1/19 3/2