```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
RED ROCK SOURCING LLC and                                              :
CORONADO DISTRIBUTING LLC,                                             :
                                                                       :
                         Plaintiffs,                                   :    21 Civ. 1054 (JPC)
                                                                       :
            -v-                                                        :        ORDER
                                                                       :
JGX, LLC and LIBERTY INTERNATIONAL                                     :
DISTRIBUTORS, LLC,                                                     :
                                                                       :
                         Defendants.                                   :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The parties shall appear by telephone for a conference on November 22, 2021 at 1:00 p.m. to discuss Plaintiffs' letter motion for a conference concerning Defendant JGX, LLC's production of documents, Dkt. 76, and Defendant JGX's response, Dkt. 89. The parties shall also be prepared to discuss their requests for an order compelling non-party Rigz LLC to comply with the Plaintiffs' and Defendant JGX's subpoenas. Dkts. 82, 85. At the scheduled time, the parties should call (866) 434-5269, access code 9176261.

The Clerk of Court is respectfully directed to close the motions pending at Docket Numbers 76 and 82.

SO ORDERED.

Dated: November 18, 2021
       New York, New York

                                            _____
                                            JOHN P. CRONAN
                                            United States District Judge