```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
RED ROCK SOURCING LLC and                                              :
CORONADO DISTRIBUTING LLC,                                             :
                                                                       :
                              Plaintiffs,                              :      21 Civ. 1054 (JPC)
                                                                       :
              -v-                                                      :      ORDER
                                                                       :
JGX, LLC and LIBERTY INTERNATIONAL                                     :
DISTRIBUTORS, LLC,                                                     :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On November 29, 2021, the Court issued an Order on Plaintiffs' motion to compel non-party David Ghermezian's ("Ghermezian") compliance with the subpoena served upon him on June 9, 2021. Dkt. 93 ("November 29 Order"). The Order directed that Ghermezian:

- "[S]ubmit to the Court a sworn affidavit stating: (1) his method of communicating with individuals associated with the Mexican factory producing the counterfeit hand sanitizers (i.e., email, text message, WhatsApp, telephone, videoconference, in-person); and (2) whether there ever existed any written communication between him and the individuals associated with the factory in Mexico, including but not limited to Teresa ("Tere") Ibarra Menendez and Moy Hefes. If such written communications exist(ed), Ghermezian should provide in his affidavit an explanation of what happened to the written communications, the process that he undertook to search for these communications, why he is unable to locate them, and/or why they no longer exist. To the extent Ghermezian discovers additional communications with individuals associated with the Mexican factory producing the counterfeit hand sanitizers that he has not yet produced to Plaintiffs, Ghermezian is ordered to produce those documents as soon as practicable and to provide an explanation to the Court as to why those documents were not previously produced." *Id.* at 3.

- "[S]ubmit to the Court a sworn affidavit stating: (1) his method of communicating with Don Ghermezian regarding the counterfeit hand sanitizers; and (2) whether there ever existed any written communications between him and Don Ghermezian that are responsive to Plaintiffs' request. If such written communications exist(ed), Ghermezian should provide in his affidavit an explanation of what happened to the written communications, the process that he undertook to search for these communications, why he is unable to locate them, and/or why they no longer exist. To the extent Ghermezian discovers communications with Don Ghermezian concerning the counterfeit hand sanitizers that he has not yet produced to Plaintiffs, Ghermezian is ordered

to produce those documents as soon as practicable and to provide an explanation to the Court as to why those documents were not previously produced." *Id.* at 4-5.

- "[R]eview his production and produce complete copies of all documents produced to the extent such documents are in his possession, custody, or control, including complete copies of all packing lists and any other shipping documents." *Id.* at 4.

Ghermezian was ordered to comply with the Court's November 29 Order within two weeks of the filing of the Order, specifically, by December 13, 2021. *Id.* at 3-5. The deadline has passed and Ghermezian has failed comply with the November 29 Order, including by failing to submit an affidavit containing the information described above.

Accordingly, it is hereby ORDERED that, by December 21, 2021, Ghermezian shall submit an affidavit in accordance with the Court's November 29 Order. Plaintiffs are ordered to serve Ghermezian with a copy of this Order as well as the November 29 Order, Dkt. 93. Plaintiffs are further ordered to advise the Court, by December 21, 2021, their view as to whether Ghermezian has complied with the portion of the November 29 Order directing him to "review his production and produce complete copies of all documents produced . . . , including complete copies of all packing lists and any other shipping documents." *Id.* at 4.

SO ORDERED.

Dated: December 14, 2021
New York, New York

JOHN P. CRONAN
United States District Judge