```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
RED ROCK SOURCING LLC and                                              :
CORONADO DISTRIBUTING LLC,                                             :
                                                                       :
                            Plaintiffs,                                :     21 Civ. 1054 (JPC)
                                                                       :
            -v-                                                        :     ORDER
                                                                       :
JGX, LLC and LIBERTY INTERNATIONAL                                     :
DISTRIBUTORS, LLC,                                                     :
                                                                       :
                            Defendants.                                :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On December 14, 2021, the Court ordered Plaintiffs to advise the Court, by December 21, 2021, their view as to whether non-party David Ghermezian has complied with the portion of the Court's November 29, 2021 Order directing him to "review his production and produce complete copies of all documents produced . . . , including complete copies of all packing lists and any other shipping documents."  Dkt. 96 at 2.  The Court is in receipt of Plaintiffs' letter, Dkt. 99, and Mr. Ghermezian's attorney's response to Plaintiffs' letter, Dkt. 100.  Plaintiffs and Mr. Ghermezian are hereby ORDERED to meet and confer in good faith regarding the contents of their December 21, 2021 letters and submit a joint status letter by January 4, 2022 advising the Court whether any issues remain outstanding as to Mr. Ghermezian's discovery production that require the Court's attention.

SO ORDERED.

Dated: December 21, 2021
       New York, New York

_____
JOHN P. CRONAN
United States District Judge