```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
RED ROCK SOURCING LLC and                                        :
CORONADO DISTRIBUTING LLC,                                       :
                                                                 :
                        Plaintiffs,                              :    21 Civ. 1054 (JPC)
                                                                 :
          -v-                                                    :    ORDER
                                                                 :
JGX, LLC and LIBERTY INTERNATIONAL                               :
DISTRIBUTORS, LLC,                                               :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On December 23, 2021, Plaintiffs moved for leave to file an amended complaint in this action. Dkt. 102 ("Motion to Amend"). Defendant JGX, LLC ("JGX") opposed Plaintiffs' Motion to Amend on January 6, 2022, Dkt. 106, and Plaintiffs filed their reply on January 13, 2022, Dkt. 113. It is hereby ordered that the parties shall appear for a telephonic conference on January 27, 2022 at 10:00 a.m. regarding Plaintiffs' Motion to Amend. At the January 27 conference, the parties shall be prepared to address:

- JGX's futility arguments with respect to Plaintiffs' proposed joinder of Isaac Import, Inc. and Jack Grazi as defendants in the proposed amended complaint;

- Whether JGX has standing to assert futility arguments on behalf of Isaac Import, Inc. and Jack Grazi; and

- Status of discovery in this action.

At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

SO ORDERED.

Dated: January 18, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge