```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                           :
RED ROCK SOURCING LLC and                                  :
CORONADO DISTRIBUTING LLC,                                 :
                                                           :
                         Plaintiffs,                       :    21 Civ. 1054 (JPC)
                                                           :
            -v-                                            :    ORDER
                                                           :
JGX, LLC and LIBERTY INTERNATIONAL                         :
DISTRIBUTORS, LLC,                                         :
                                                           :
                         Defendants.                       :
                                                           :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of the letters from the parties, as well as from non-party Rigz, LLC, regarding Plaintiffs' request for leave to file a Second Amended Complaint. Dkts. 174, 176-178. It is hereby ORDERED that the parties shall proceed with briefing on Plaintiffs' motion to amend: Plaintiffs shall file their moving brief by May 20, 2022; Defendants shall file their opposition briefs by June 3, 2022; and Plaintiffs shall file their reply, if any, by June 10, 2022. In their motion, Plaintiffs shall specifically address the futility arguments raised by Defendants and non-party Rigz in their letters, including with respect to the settlement agreement supposedly entered into between Plaintiffs and Rigz on August 3, 2020 and amended in June 2021, and whether Plaintiffs can establish "good cause" for seeking leave to file a Second Amended Complaint.

It is further ORDERED that the parties shall appear in-person for oral arguments on Plaintiffs' motion to amend on June 27, 2022, at 3:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. At this conference, the Court also will address the outstanding discovery disputes between Plaintiffs and

the Triple Five Defendants, Dkt. 175, and Plaintiffs' request for leave to file a motion to dispose of excess hand sanitizer inventory, Dkt. 171.

SO ORDERED.

Dated: May 6, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge