UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RED ROCK SOURCING LLC, a Nevada limited liability company; and CORONADO DISTRIBUTING LLC, a Colorado limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>JGX, LLC, a New York limited liability company; LIBERTY INTERNATIONAL DISTRIBUTORS, LLC, a New York limited liability company; TRIPLE FIVE WORLDWIDE, LLC, a Nevada limited liability company; ISAAC IMPORT, INC., a New York corporation; JACK GRAZI, an individual; ISAAC SABA, an individual; ELIEZER BERKOWITZ, an individual; DAVID GHERMEZIAN, an individual; and YONAH GHERMEZIAN, an individual,<br><br>Defendants. | Civil Action No. 4:21-cv-01054-JPC |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Jason Cyrulnik of Cyrulnik Fattaruso LLP, with offices located at 55 Broadway, Third Floor, New York, New York 10006, hereby appears on behalf of Syd Ghermazain.

I certify that I am admitted to practice before this Court.

Dated: October 12, 2022
      New York, New York

                                     /s/ Jason Cyrulnik
                                    Jason Cyrulnik
                                    CYRULNIK FATTARUSO LLP
                                    55 Broadway, Third Floor
                                    New York, New York 10006
                                    917-658-6436
                                    Jcyrulnik@cf-llp.com

                                    *Counsel for Syd Ghermazain*