# Heller, Horowitz & Feit, P.C.

ELI FEIT
STUART A. BLANDER
———
JACOB W. HELLER
(1979-2013)
RICHARD F. HOROWITZ
(1979-2008)

ATTORNEYS AT LAW
260 MADISON AVENUE
NEW YORK, N.Y. 10016
(212) 685-7600
(917) 523-0692

OF COUNSEL
MARTIN STEIN
———
WORLD WIDE WEB
http://www.hhandf.com
———
WRITER'S EMAIL:
mstein@hhandf.com

January 12, 2023

*Via ECF/Email*
Honorable Judge John P. Cronan

    Re:   *Red Rock Sourcing LLC, et al. v. JGX LLC, et al.,* Case No.: 21-cv-1054(JPC)

Dear Judge Cronan:

    As the court is aware I represent the Worldwide defendants in the above caption to action.

    I recently learned that exhibits 2 and 4 annexed to the declaration which I filed on January 6 (Dkt: item 265) inadvertently contained certain bank account information which should have been redacted.

    I reached out to the ECF help desk to determine how best to proceed and was told that the clerk's office would temporarily seal the documents and that I should file a letter motion pursuant to ECF Rule 21.8 to ask the Court to permanently seal the documents.

    Accordingly, I am writing this letter asking the Court to permanently seal exhibits 2 and 4 as previously filed. In addition, I am submitting with this letter revised redacted copies of exhibits 2 and 4.

    I thank the Court for its consideration and I apologize for any inconvenience.

Respectfully,

Martin Stein

MS/cfd

The request is granted. Exhibits 2 and 4 annexed to the declaration of Mr. Stein, Dkts. 265-2, 265-4, shall remain under seal. In addition, the Court has reviewed and approves the redactions to Mr. Stein's sur-reply brief, Dkt. 264. The Clerk of Court is respectfully directed to close Docket Number 268.

SO ORDERED.

January 16, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge