UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
:
RED ROCK SOURCING LLC, *et al.*,            :
:
Plaintiffs,           :
:      21 Civ. 1054 (JPC)
-v-                        :
:            ORDER
JGX, LLC, *et al.*,                                  :
:
Defendants.          :
:
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On June 13, 2022, Rigz, LLC ("Rigz") filed a letter seeking leave to maintain under seal certain exhibits to its pre-motion letter in support of its motion to intervene, specifically exhibits that are at Docket Numbers 209 and 210. Dkt. 208. On June 27, 2022, Rigz sought leave to maintain under seal an additional document relevant to its motion to intervene, specifically an exhibit that is at Docket Number 217. Dkt. 216. The Court has reviewed the documents in question and agrees that they should remain under seal. Accordingly, Rigz's requests are granted. The Clerk of Court is directed to close Docket Numbers 208 and 216.

SO ORDERED.

Dated: February 1, 2023
       New York, New York

                                        JOHN P. CRONAN
                                    United States District Judge