UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RED ROCK SOURCING LLC, a Nevada limited liability company; and CORONADO DISTRIBUTING LLC, a Colorado limited liability company,<br><br>       Plaintiffs,<br><br> - against -<br><br>JGX, LLC, a New York limited liability company; LIBERTY INTERNATIONAL DISTRIBUTORS, LLC, a New York limited liability company; TRIPLE FIVE WORLDWIDE, LLC, a Nevada limited liability company; ISAAC IMPORT, INC., a New York corporation; JACK GRAZI, an individual; ISAAC SABA, an individual; ELIEZER BERKOWITZ, an individual; DAVID GHERMEZIAN, an individual; and YONAH GHERMEZIAN, an individual,<br><br>       Defendants. | **[PROPOSED] ORDER CONTINUING DISCOVERY AND RELATED DATES**<br><br>1:21-cv-01054-JPC |

**ON THE STIPULATION OF THE PARTIES AND FOR GOOD CAUSE APPEARING,**

**THE FOLLOWING IS HEREBY ORDERED**:

  The Court's Order Granting Stipulation to Continue Discovery and Related Dates, dated December 9, 2022 under Docket No. 256, is hereby modified as follows:

| Matter | Current Date | Proposed Date |
|---|---|---|
| Deposition Completion Date | February 6, 2023 | April 6, 2023 |
| Fact Discovery Cut-Off | February 23, 2023 | April 24, 2023 |
| Plaintiffs' Initial Expert Disclosures Cut-Off | February 9, 2023 | April 9, 2023 |
| Defendants' Initial Expert Disclosure Cut-Off | | May 12, 2023 |

| Rebuttal Expert Disclosures Cut-Off | March 13, 2023 | May 26, 2023 |
| --- | --- | --- |
| Expert and all Discovery Cut-Off | March 27, 2023 | June 9, 2023 |
| Meet and Confer regarding a referral to the assigned Magistrate Judge for settlement purposes. | March 16, 2023 | May 31, 2023 |
| Deadline to submit joint status letter to the Court regarding a referral to the assigned Magistrate Judge for settlement purposes or post discovery pre-motion letter. | April 3, 2023 | June 16, 2023 |

**SO ORDERED**.

Dated: __February 7__, 2023

By: _____
HONORABLE JOHN P. CRONAN
United States District Judge