UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
RED ROCK SOURCING LLC, *et al.*, :
:
                    Plaintiffs, :
: 21 Civ. 1054 (JPC)
        -v- :
: ORDER
JGX, LLC, *et al.*, :
:
                    Defendants. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On March 22, 2024, the Court issued its Opinion and Order on Defendants' motions to dismiss. Dkt. 373. In that decision, the Court provided Plaintiffs with notice of its intent to dismiss *sua sponte* Count One as to Defendant Liberty International Distributors, LLC ("Liberty"), affording Plaintiffs an opportunity to present any arguments against such dismissal within fourteen days of that decision. *Id.* at 47-48. Plaintiffs have declined to do so. Accordingly, the Court dismisses Count One as to Liberty for the reasons described in its March 22, 2024 Opinion and Order, resulting in dismissal of Count One in its entirety.

      SO ORDERED.

Dated: May 8, 2024
       New York, New York

                                                  JOHN P. CRONAN
                                             United States District Judge