

**Snell & Wilmer**

ONE EAST WASHINGTON STREET
SUITE 2700
PHOENIX, AZ  85004-2556
602.382.6000 P
602.382.6070 F

**Jonathan G. Brinson PC**
602.382.6189
jbrinson@swlaw.com

The request is granted.  The Rigz Parties may file their motion by July 5, 2024.  The JGX Parties may file their response by July 29, 2024. The Rigz Parties may reply by August 5, 2024. Absent good cause shown, no further extensions will be granted.

SO ORDERED.
June 28, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge

June 28, 2024

**VIA EMAIL: CronanNYSDChambers@nysd.uscourts.gov**

Honorable John P. Cronan
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 12D
New York, NY 100007-1312

  **Re: Red Rock Sourcing LLC, et al. v. JGX LLC, et al. Case #21-cv-1054 (JPC)**

Judge Cronan:

  I write on behalf of Rigz, LLC and Anthony Carelli ("the "Rigz Parties") in the above-captioned matter.

  On June 20, 2024, this Court granted the Rigz Parties' Motion for Leave to file their Motion to Dismiss the third-party complaint and further ordered the Rigz Parties to file their motion by July 1, 2024. (Doc. 405 at 1.)

  The Rigz Parties respectfully request a four-day extension of that deadline, until **July 5, 2024**.

  The Rigz Parties further request, on behalf of the JGX Parties, that the deadline for the JGX Parties to file their response be commensurately extended by one week to **July 29, 2024**.

  The Rigz Parties have conferred with JGX Parties' counsel and have been advised that they do not intend to file an objection to this request.

  I thank the Court for its consideration.

           Very truly yours,

           Snell & Wilmer

           */s/ Jonathan Brinson*

           Jonathan G. Brinson PC

Honorable John P. Cronan
June 28, 2024
Page 2


JGB:acb

cc:     Alexander David Widell (awidell@moritthock.com)
        Daniel Joseph Hurteau (dhurteau@nixonpeabody.com)
        Martin Stein (mstein@hhandf.com)
        Mark Lee Weyman (mlweyman@nmmlaw.com)
        Harlan Mitchell Lazarus (hlazarus@lazarusandlazarus.com)
        Ian Michael Dumain (idumain@cf-llp.com)
        Danielle Jan Marlow (dmarlow@moritthock.com)
        Stephen Justin Ginsberg (sginsberg@moritthock.com)
        Jason Colin Cyrulnik (jcyrulnik@cf-llp.com)
        Yvette Janelle Sutton (ysutton@lazarusandlazarus.com)
        Andrew H Winetroub (awinetroub@nixonpeabody.com)
        On Lu (onlu@nixonpeabody.com)
        Erin Huntington (ehuntington@nixonpeabody.com)
        Alexander Ryan Sokolof (arsokolof@norris-law.com)