```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RED ROCK SOURCING LLC, ET AL.,

        Plaintiffs,

-v-

JGX, LLC, ET AL.,

        Defendants.

**ORDER**

21-CV-1054 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On December 2, 2024, Defendants Triple Five Worldwide, LLC, Isaac Saba, David Ghermezian, Yonah Ghermezian, and Eliezer Berkowitz filed a letter motion regarding a dispute over the manner in which plaintiffs' expert witness is to be deposed. ECF No.419. On December 5, 2024, Plaintiffs Red Rock Sourcing and Coronado Distributing LLC filed a letter in opposition. ECF No. 420. Expert discovery is set to close on January 10, 2025. ECF No. 418.

Accordingly, a conference is scheduled on **December 12, 2024**, at **4:00 p.m.** by telephone. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 908 347 078#).

**SO ORDERED.**

Dated: December 9, 2024
       New York, New York

                                          Henry J. Ricardo
                                          United States Magistrate Judge