UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RED ROCK SOURCING LLC, ET AL.,

                Plaintiffs,

    -v-

JGX, LLC, ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/2024

**ORDER**

21-CV-1054 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court held a telephone conference to address Defendants Triple Five Worldwide, LLC, Isaac Saba, David Ghermezian, Yonah Ghermezian, and Eliezer Berkowitz's (the "Worldwide Defendants") and Defendant Don Ghermezian's Letter Motion regarding the manner in which Plaintiffs' expert witness is to be deposed. ECF No. 419. For the reasons discussed during the conference, the motion is GRANTED IN PART and DENIED IN PART.

    To the extent Worldwide Defendants and Defendant Don Ghermezian seek to compel Plaintiffs' expert to be deposed in-person in New York, their Letter Motion is DENIED. Defendants may take the deposition of Plaintiffs' expert in-person in California, where the witness is located, or by remote means. To the extent the deposition occurs in-person in California, Plaintiffs may participate in-person or by remote means.

    The Clerk of Court is respectfully directed to terminate the open Letter Motion at ECF No. 419 as GRANTED IN PART and DENIED IN PART.

1

**SO ORDERED.**

Dated: December 12, 2024
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge