UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RED ROCK SOURCING LLC, ET AL.,

                Plaintiffs,

      -v-

JGX, LLC, ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/2025

**ORDER**

21-CV-1054 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    On January 15, 2025, the Worldwide Defendants and Don Ghermezian filed a letter motion regarding a dispute over additional time to depose plaintiffs' expert witness. ECF No. 426. Any letter in opposition is due by January 17, 2025.

    Accordingly, a conference is scheduled on **January 21, 2025**, at **11:00 a.m.** by telephone. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 436 581 63#).

**SO ORDERED.**

Dated: January 16, 2025
       New York, New York

                                                      _____
                                                      Henry J. Ricardo
                                                      United States Magistrate Judge