```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RED ROCK SOURCING LLC, ET AL.,

                    Plaintiffs,

        -v-

JGX, LLC, ET AL.,

                    Defendants.

**ORDER**

21-CV-1054 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court held a telephone conference to address the Worldwide Defendants and Defendant Don Ghermezian's Letter Motion regarding a dispute over additional time to depose plaintiffs' expert witness. ECF No. 426. For the reasons discussed during the conference, the letter motion is GRANTED.

    Plaintiffs are directed to produce their damages expert, Justin Lewis, for an additional two (2) hours of deposition, to be allocated as ninety (90) minutes of examination by Mr. Stein and thirty (30) minutes of examination by Ms. Sutton.

    The Clerk of Court is respectfully directed to terminate the open Letter Motion at ECF No. 426 as GRANTED.

**SO ORDERED.**

Dated: January 21, 2025
       New York, New York

                                                    Henry J. Ricardo
                                                  United States Magistrate Judge