

Nixon Peabody LLP
677 Broadway, 10th Floor
Albany, NY 12207-2996

**Daniel J. Hurteau**
Partner

Attorneys at Law
nixonpeabody.com
@NixonPeabodyLLP

T / 518.427.2652
F / 866.947.0687
dhurteau@nixonpeabody.com

February 24, 2025

*VIA ECF/Email*

Honorable Judge John P. Cronan
United States District Court, S.D.N.Y.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    RE:    *Red Rock Sourcing LLC, et al. v. JGX LLC, et al.*
             Case No. 21-cv-1054-JPC-HJR

Dear Judge Cronan:

    We write on behalf of Plaintiffs Red Rock Sourcing LLC and Coronado Distributing LLC ("Plaintiffs") in connection with the above-referenced action (the "Action"). This letter is in response to the Court's Order of February 20, 2025, in which the Court directed the parties to appear before the Court on March 6, 2025 at 11:00 a.m. (ECF 437, the "Order").

    The undersigned counsel must attend a court-ordered deposition in Queens County on the date and time set forth in the Order. Therefore, Plaintiffs respectfully request that the Court continue the date of the appearance by one day and reset the appearance for the morning of March 7, 2025, or a date thereafter at the Court's earliest convenience. Plaintiffs have conferred with Defendants regarding this request, and Defendants have confirmed their availability to appear before the Court on the morning of March 7, 2025.

    We thank the Court for its time and attention to this matter.

Respectfully submitted,

Daniel J. Hurteau
Partner

The request is granted. The conference originally scheduled for March 6, 2025, is adjourned to March 7, 2025, at 11:00 a.m., in Courtroom 12D of 500 Pearl St., New York, NY 10007.

SO ORDERED
February 25, 2025
New York, New York

    JOHN P. CRONAN
    United States District Judge

4916-4554-1635.1