```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
RED ROCK SOURCING LLC, et al.,                                     :
                                                                   :
                          Plaintiffs,                              :
                                                                   :
              -v-                                                  :    21 Civ. 1054 (JPC)
                                                                   :
JGX, LLC, et al.,                                                  :           ORDER
                                                                   :
                          Defendants.                              :
                                                                   :
-------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

    Trial is scheduled to begin in this matter on February 2, 2026. The parties must familiarize themselves with the Court's Individual Rules and Practices for Civil Cases, available at https://www.nysd.uscourts.gov/hon-john-p-cronan. The joint proposed pretrial order and all other required pretrial filings (*i.e.*, proposed jury *voir dire* questions, verdict form, and requests to charge, and any motions *in limine* and pretrial memoranda of law) shall be filed in accordance with 7.B-C of the Court's Individual Rules and Practices in Civil Cases by December 9, 2025. Any opposition to a motion *in limine* and responsive pretrial memoranda of law shall be filed by December 16, 2025. Replies, if any, must be filed by January 6, 2026.

    The parties shall appear for a final pretrial conference on January 20, 2026, at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.

The Parties shall submit thumb drives with electronic copies of all intended exhibits and an exhibit list by January 21, 2026. Unless the Court orders otherwise, any exhibits and exhibit lists shall be submitted to the Court electronically, and the parties shall not submit hard copies.

SO ORDERED.

Dated: November 10, 2025
      New York, New York

                                             JOHN P. CRONAN
                                     United States District Judge