**LAZARUS & LAZARUS, P.C.**
COUNSELLORS AT LAW

240 MADISON AVENUE 8TH FL.  
NEW YORK, N.Y. 10016

TEL: 212-889-7400  
FAX: 212-684-0314

November 19, 2025

*Via ECF To:*
**Honorable Judge John P. Cronan**
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   **Red Rock Sourcing LLC, et al. v. JGX LLC, et al.**
      **Case# 21-CV-1054(JPC)**
      **Request to Adjourn Final Pretrial Conference**

Judge Cronan:

    As the Court is aware, my firm represents Defendants JGX, LLC ("JGX"), Jack Grazi ("Grazi") and Isaac Import, Inc. ("Isaac Import") Nouri Jaradeh ("Jaradeh") and Dib Jaradeh ("DJ")(collectively the "JGX Defendants") in the above captioned action (the "Action").

    I write respectfully regarding the pretrial deadlines set forth in the Court's November 10, 2025 Order (ECF No. 487), which requires the parties to submit the joint proposed pretrial order and all related pretrial filings by December 9, 2025.

    As of today, the parties have not yet received decisions on the fully briefed summary judgment motions and Daubert motions filed between April and June 2025 (ECF Nos. 443–486)(the "Motions"). Given the breadth and significance of those Motions, and the real possibility that the Court's rulings will materially narrow the issues for trial, including the witnesses, exhibits, and legal instructions required, the current December 9 deadline may result in duplicative work and substantial, and potentially unnecessary, expense for all parties. For a small law office such as ours, preparing full pretrial submissions without the benefit of the Court's rulings would impose a substantial and unnecessary burden, especially where significant portions of that work may ultimately prove irrelevant or unnecessary.

    Accordingly, we respectfully request that the Court modify the pretrial schedule to align with Rule 7(B) of the Court's Individual Rules of Practice, which in part provides "…within 30 days from the Court's decision on such motion, the parties shall file on ECF a proposed joint pretrial order…"

    We therefore request that the deadline for all joint pretrial submissions, including the joint proposed pretrial order, voir dire, requests to charge, verdict form, exhibit lists, and motions

1

in limine, be extended to 30 days following the Court's decisions on the pending Motions and the dates for opposition and replies on motions in limine be extended accordingly.

Additionally, I respectfully request an adjournment of the Final Pretrial Conference currently scheduled for January 20, 2026, at 10:00 a.m. I am unavailable the week of January 20 due to my children's winter school break, during which time I will be unable to appear. Accordingly, I respectfully request that the Final Pretrial Conference be adjourned to the following week, on any date and time convenient for the Court.

Counsel for Plaintiffs and for the Triple Five Defendants have been contacted regarding these requests and do not object. Plaintiffs only objection is to an adjournment of the trial date.

This request is made in good faith and not for purposes of delay.

We appreciate the Court's consideration.

Respectfully,

Yvette J. Sutton, Esq.

Cc: Nixon Peabody (via ECF)
Cc: Martin Stein, Esq. (via ECF)

The final pretrial conference scheduled for January 20, 2026 is adjourned until January 29, 2026 at 2:00 p.m. At that time, the parties shall appear in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. The deadline to submit a joint proposed pretrial order and all other required pretrial filings is extended until December 16, 2025. The deadline to submit responsive pretrial memoranda of law is extended until December 23, 2025, and the deadline to submit replies is extended until January 6, 2026. The Clerk of Court is respectfully directed to close Dkt. 489.

SO ORDERED
November 20, 2025

JOHN P. CRONAN
United States District Judge