LAZARUS & LAZARUS, P.C.

COUNSELLORS AT LAW

240 MADISON AVENUE 8ᵀᴴ FL.

NEW YORK, N.Y. 10016

TEL: 212-889-7400

FAX: 212-684-0314

December 29, 2025

***Via ECF To:***
**Honorable Judge John P. Cronan**
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   **Red Rock Sourcing LLC, et al. v. JGX LLC, et al.**
      **Case# 21-CV-1054(JPC)**
      **Request for Extension of Time**

Judge Cronan:

As the Court is aware, my firm represents Defendants JGX, LLC ("JGX"), Jack Grazi ("Grazi") Nouri Jaradeh ("Jaradeh") and Dib Jaradeh ("DJ")(collectively the "JGX Defendants") in the above captioned action (the "Action").

I write, jointly with the Triple Five Defendants, regarding the pretrial deadlines set forth in the Court's December 12, 2025 Order (ECF No. 497), which requires the parties to submit the joint proposed pretrial order and all related pretrial filings by January 5, 2026.

As of today, the parties have not yet received decisions on the fully briefed summary judgment motions and Daubert motions filed between April and June 2025 (ECF Nos. 443–486)(the "Motions").

In light of the pending Motions and the likelihood that the Court's rulings will narrow or resolve issues for trial, including witnesses, exhibits, and jury instructions, the current January 5 deadline is impracticable. Preparing comprehensive pretrial submissions without the benefit of the Court's decisions under these circumstances is premature and risks substantial unnecessary work.

The JGX and Triple Five Defendants therefore request that the deadline for all joint pretrial submissions currently due by January 5, 2026, including the joint proposed pretrial order, voir dire, requests to charge, verdict form, exhibit lists, and motions in limine, be extended to a reasonable time following the Court's decisions on the pending Motions and the dates for opposition and replies on motions in limine be extended accordingly.

1

Counsel for Plaintiffs have been contacted regarding this request and do not object. Plaintiffs only objection is to an adjournment of the trial date.

This request is made in good faith and not for purposes of delay.

We appreciate the Court's consideration.

Respectfully,

Yvette J. Sutton, Esq.

Cc: Nixon Peabody (via ECF)
Cc: Martin Stein, Esq. (via ECF)

The extension request is denied.  The Court will rule on the parties' pending motions for summary judgment and Defendants' pending motion to preclude Plaintiffs' damages expert before resolving any pretrial motions in light of the Court's rulings.  The possibility that some of the parties' pretrial motions will be mooted does not warrant further delay.

SO ORDERED
January 5, 2026

JOHN P. CRONAN
United States District Judge

2