UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                         :

RED ROCK SOURCING, LLC and CORONADO    :
DISTRIBUTING LLC,    :
   :
   :
                 Plaintiffs,    :
   :
       -v-    :       21 Civ. 1054 (JPC)
   :
JGX, LLC, TRIPLE FIVE WORLDWIDE, LLC, JACK    :       ORDER
GRAZI, DIB JARADEH, NOURI JARADEH, ISAAC    :
SABA, DON GHERMEZIAN, ELIEZER BERKOWITZ,  :
DAVID GHERMEZIAN, and YONAH GHERMEZIAN,  :
   :
              Defendants.    :
   :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Attached to this Order is the Court's current draft of *voir dire* questions for prospective

jurors. The parties should be prepared to address any objections to the proposed questions at the

final pretrial conference scheduled for January 29, 2026, at 2:00 p.m.

      SO ORDERED.

Dated: January 27, 2026
      New York, New York                 _____
                                    JOHN P. CRONAN
                           United States District Judge

**DRAFT**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
RED ROCK SOURCING, LLC and CORONADO          :
DISTRIBUTING LLC,                             :
:
:
:
Plaintiffs,                :
-v-                                :            21 Civ. 1054 (JPC)
:
JGX, LLC, TRIPLE FIVE WORLDWIDE, LLC, JACK   :          **VOIR DIRE FORM**
GRAZI, DIB JARADEH, NOURI JARADEH, ISAAC     :
SABA, DON GHERMEZIAN, ELIEZER BERKOWITZ,     :
DAVID GHERMEZIAN, and YONAH GHERMEZIAN,      :
:
:
Defendants.                :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

### Summary of Case

The Plaintiffs in this case are Red Rock Sourcing LLC ("Red Rock") and Coronado

Distributing LLC ("Coronado").  Coronado owns the exclusive right to use, or give permission to

others to use, the brand names "URBANE BATH & BODY" and "URBĀNE BATH & BODY,"

and an associated logo featuring the text "URBĀNE BATH & BODY."  With Coronado's

permission, Red Rock sold hand sanitizer that was labeled with Coronado's logo.

In this case, the Plaintiffs claim that the Defendants, without the Plaintiffs' permission,

sold hand sanitizer that was labelled with a logo similar to Coronado's logo.  I, as the judge in this

case, have already decided as a matter of law that the logo on the hand sanitizer bottles in question

was confusingly similar to Coronado's brand names and logo.  This trial will ask the jury to decide

two issues.  First, whether several of the Defendants should be held personally liable for their role

1

**DRAFT**

in the sale of the hand sanitizer with the confusingly similar logo.  And second, the amount of damages, if any, that Plaintiffs are entitled to recover.

<strong>Questions for Potential Jurors</strong>

Please indicate if your answer to any of the following questions is "yes."  If you would prefer not to give your answer in open court, please say so.

<strong>Part 1: General Juror Questionnaire</strong>

1.  Do you have any personal knowledge of the allegations as I have described them to you?

2.  Have you seen or read anything about this case?

3.  Is there anything about the nature of this case that would cause you to be unable to render a fair and impartial verdict?

4.  I am now going to introduce you to the parties and their lawyers.  The Plaintiffs in this case are Red Rock Sourcing LLC ("Red Rock") and Coronado Distributing LLC ("Coronado").  Before today, have you or to your knowledge has a family member or a close friend, ever heard of either Red Rock or Coronado?

    a.  Have you, or to your knowledge has a family member or a close friend, ever been employed by, or had any dealings with, Red Rock or Coronado?

    b.  As I explained earlier, Coronado owns the intellectual property for the brand names "URBANE BATH & BODY" and "URBĀNE BATH & BODY," and this case is about the sale of hand sanitizer labelled with a logo that displays the text "URBĀNE BATH & BODY."  Before today, have you ever heard of that brand of hand sanitizer?

5.  I will refer to Red Rock and Coronado as the Plaintiffs.  The Plaintiffs are represented by Andrew Winetroub, Daniel Hurteau, Michele Di Franco, and On Lu, who are attorneys with the law firm of Nixon Peabody LLP, and Erin Huntington, who are attorneys with the law firm

2

**DRAFT**

of DLA Piper LLP.  I ask those attorneys to please stand and turn to the prospective jurors.  Do you, or to your knowledge does a family member or a close friend, know Mr. Winetroub, Mr. Hurteau, Ms. Di Franco, Mr. Lu, Mr. Huntington, or anyone at Nixon Peabody or DLA Piper?

   a.  Have you, or to your knowledge has a family member or a close friend, ever been employed by, or had any dealings with, Nixon Peabody or DLA Piper?

   b.  Have you, or to your knowledge has a family member or a close friend, had any dealings with Mr. Winetroub, Mr. Hurteau, Ms. Di Franco, Mr. Lu, or Ms. Huntington?

6.  The Defendants in this action are JGX, LLC ("JGX"), Jack Grazi, Triple Five Worldwide, LLC ("Triple Five"), David Ghermezian, Don Ghermezian, Yonah Ghermezian, Nouri Jaradeh, Dib Jaradeh, Eliezer Berkowitz, and Isaac Saba.  Before today, have you or to your knowledge has a family member or a close friend, ever heard of either JGX or Triple Five?

   a.  Have you, or to your knowledge has a family member or a close friend, ever been employed by, or had any dealings with, JGX or Triple Five?

   b.  Do you, or to your knowledge has a family member or a close friend, know Jack Grazi, David Ghermezian, Don Ghermezian, Yonah Ghermezian, Nouri Jaradeh, Dib Jaradeh, Eliezer Berkowitz, or Isaac Saba?

   c.  Have you, or to your knowledge has a family member or a close friend, had any dealings with Jack Grazi, David Ghermezian, Don Ghermezian, Yonah Ghermezian, Nouri Jaradeh, Dib Jaradeh, Eliezer Berkowitz, or Isaac Saba?

7.  I will refer to JGX, Jack Grazi, Nouri Jaradeh, and Dib Jaradeh as the "JGX Defendants."  The JGX Defendants are represented by Harland Mitchell Lazarus and Yvette Janelle Sutton, who are attorneys with the law firm Lazarus & Lazarus, P.C., and Ariel Reinitz, who is an attorney with the law firm Bochner PLLC.  I ask those attorneys to please stand and turn to the

3

**DRAFT**

prospective jurors.  Do you, or to your knowledge does a family member or a close friend, know Mr. Lazarus, Ms. Sutton, Mr. Reinitz, or anyone at Lazarus & Lazarus, P.C. or Bochner PLLC?

    a.  Have you, or to your knowledge has a family member or a close friend, ever been employed by, or had any dealings with, Lazarus & Lazarus, P.C. or Bochner PLLC?

    b.  Have you, or to your knowledge has a family member or a close friend, had any dealings with Mr. Lazarus, Ms. Sutton, or Mr. Reinitz?

8.  I will refer to Triple Five, Don Ghermezian, David Ghermezian, Yonah Ghermezian, Eliezer Berkowitz, and Isaac Saba as the "Triple Five Defendants."  The Triple Five Defendants are represented by Martin Stein, who is an attorney with the law firm Heller, Horowitz & Feit, P.C.  I ask Mr. Stein to please stand and turn to the prospective jurors.  Do you, or to your knowledge does a family member or a close friend, know Mr. Stein or anyone at Heller, Horowitz & Feit, P.C.?

    a.  Have you, or to your knowledge has a family member or a close friend, ever been employed by, or had any dealings with, Heller, Horowitz & Feit, P.C.?

    b.  Have you, or to your knowledge has a family member or a close friend, had any dealings with Mr. Stein?

9.  During this trial, I will be assisted by several court employees, including Meghan Henrich, who is the Courtroom Deputy, and by my law clerks, Dore Feith, Christopher Ioannou, and Ben Kessler.  I ask those individuals to please stand and turn to the prospective jurors.  Do you, or to your knowledge does a family member or a close friend, know Ms. Henrich, Mr. Feith, Mr. Ioannou, Mr. Kessler, or me?

10. As you look around the room, do you recognize anyone you know?

**DRAFT**

11. It is possible that businesses who are not parties to this case may be mentioned during this trial.

This potentially includes:

a. Liberty International Distributors, LLC

b. Rigz, LLC,

c. Britz Hand Sanitizer

d. The American Dream Mall in New Jersey

e. Tropicosmeticos S.A. de C.V.

Do you have any feelings about any of these businesses that would affect your ability to be a fair and impartial juror in this case?

12. It is possible that people who are not parties to this case may be mentioned during this trial.

This potentially includes:

a. Anthony Carelli

b. James Christopher Cope

c. Nader Ghermezian

d. Syd Ghermezian

e. Alan Glazer

f. Mandy Johnson

g. Jarrett Portz

h. Vonna Zacher

Do you, or to your knowledge does a family member or a close friend, know any of the individuals that I just named?

**DRAFT**

13. I will now list the people, other than the Defendants which I mentioned earlier, who may offer testimony in this case:

    a. Adi Adair

    b. David Amoyelle

    c. Tom Bruss

    d. Jeffrey Daprizio

    e. Minh Doan

    f. Justin Lewis

    g. Glen Miner

    h. Randy Toltz

    i. Benzion Tyberg

Do you, or to your knowledge does a family member or a close friend, know any of the individuals that I just named?

14. In part, this case will involve mention of media reports and FDA announcements about hand sanitizer quality issues.

    a. Are you aware of any media reporting about hand sanitizer quality issues?

    b. Are you aware of any FDA announcements about hand sanitizer brands that the public should not use?

    c. Are you aware of any recalls of hand sanitizer brands?

**DRAFT**

15. As I have already discussed, this case is about the use of a logo that was confusingly similar to brand names and a logo that Coronado's brand names logo.  When a company like Coronado has the exclusive right to use a brand name or logo, that brand name or logo is referred to as a "trademark," and any use of a confusingly similar mark without the trademark owner's consent is forbidden.

    a.  Do you have any experience with the concept of a trademark?

    b.  Do you have any experience with the use of another company's brand or logo without its permission?

    c.  Have you, or to your knowledge has a family member or a close friend, ever worked in a job that relates to the use of a company's brand name or logo?

    d.  Have you, or to your knowledge has a family member or a close friend, ever worked in a job that involves labeling products?

    e.  Do you have any strong views on a company's right to prevent others from using a particular brand name or logo design?

16. As I have discussed, this case is about the sale of hand sanitizer.  The facts at issue took place in the years 2020 and 2021, during the Coronavirus, or COVID-19, pandemic.  Do you have any strong views about the sale of hand sanitizer during this period that would make it hard for you to decide this case solely on the evidence and my instructions?

17. The function of the jury is to decide questions of fact.  However, when it comes to the law, you must listen to my instructions and accept and apply the law as I explain it. Do you have any hesitation or unwillingness to apply the law as I explain it even if you disagree with it?

18. Would you have any difficulty following my instruction that you may not substitute your own notions of what the law is or what you think it should be?

**DRAFT**

19. You may hear testimony in this case from expert witnesses. I will instruct you that an expert's testimony is not entitled to any greater weight or lesser weight than the testimony of any other witness. Would you have difficulty following that instruction?

20. As I will instruct you, the Plaintiffs' burden of proof in this case is not proof beyond a reasonable doubt, but instead a different standard of preponderance of the evidence, which means more likely than not. Will you have difficulty following that instruction?

21. Do you have any bias, sympathy, religious beliefs, or any other concern that may prevent you from rendering a fair and impartial verdict based solely on the facts and law?

22. Have you ever studied or practiced law or worked in any capacity for a law office?

23. Do you have any opinions, positive or negative, about lawyers, judges, or the courts that may prevent you from rendering a fair and impartial verdict in this case?

24. Are you now under subpoena or, to your knowledge, about to be subpoenaed in any case?

25. Have you ever been a party, either as a plaintiff or a defendant, in a lawsuit?

26. Have you ever been a witness in a state or federal court case?

27. Do you have any reservations about discussing your opinions with other people?

28. Do you have reservations about sitting in judgment of others?

29. If you find that the Plaintiffs have failed to meet their burden of proof, would you be unable to return a verdict in favor of the Defendants?

30. If you find that the Plaintiffs have met their burden of proof, would you be unable to return a verdict in favor of the Plaintiffs?

31. Do you believe that simply because the Plaintiffs have brought this lawsuit, it must mean that they deserve to recover damages?

32. Do you believe that simply because the Defendants have been sued, they are probably liable?

**DRAFT**

33. Do you have any problem with the concept that an entity that brings a lawsuit is entitled to damages only if that entity proves its case?

34. Do you have any problem with your hearing or vision that would prevent you from giving attention to all the evidence at this trial?

35. Do you have any difficulty in understanding or reading English?

36. Do you have any medical problem, are you taking any medication, or do you suffer from any condition that might interfere with your service as a juror in this case or make it difficult for you to give the case your full attention?

37. The purpose of these questions has been to try to identify any possible reasons why you might not be able to sit as a fair and impartial juror.  But only you know whether there is some other matter that I did not mention that I should have asked about.  Aside from the questions that I have already asked, is there anything else that might prevent you from being a fair and impartial juror in this case?

**DRAFT**

## Part 2: Individual Juror Questionnaire

1. What is your city, town or village, and county of residence?

2. How long have you lived at that residence?

    a. If less than ten years, where did you live before that?

3. How far did you go in school?

    a. What have been your areas of study?

    b. What degrees have you received?

4. Are you employed?

    a. If so what, what is your occupation?

    b. Who is your employer and where do you work?

    c. How long have you had that job?

    d. What previous jobs have you had in the past ten years?

    e. If you are retired, what position did you hold before retirement?

5. What is your marital status?

    a. If you are married, what is your spouse's educational background and current employer?

6. Are there other adults in your household?

    a. If so, what do they do?

    b. If they are retired, what did they do before retirement?

7. Do you have children?

    a. If so, how old are they?

    b. If they are adults, what do they do?

**DRAFT**

8.  Are you a member of any organizations?

    a.  If so, which ones?

9.  What are the sources, if any, from which you learn the news?

10. What radio stations, podcasts, and television programs do you regularly tune in to?

11. What do you like to do in your spare time?

12. Have you previously served on a jury, whether in a civil or criminal trial, or as a grand juror?

    a.  If so, how many times have you served as a juror?

    b.  For each time you have served as a juror:

        i.  Was the case criminal or civil?

        ii. Did the jury reach a verdict?  (Please do not tell me what the verdict was.)

11