UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                           :

RED ROCK SOURCING, LLC, *et al.*,           :

                              :

             Plaintiffs,        :

                              :

          -v-                :          21 Civ. 1054 (JPC)

                              :

JGX, LLC, *et al.*,                  :         ORDER

                              :

             Defendants.     :

                              :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Approximately fifteen minutes ago, Plaintiffs sent an email to the Court and Defendants advising that they do not intend to call Justin Lewis to testify. The parties should advise the Court, no later than 4:00 p.m. today, February 8, 2026, whether they intend to call further witnesses in this case. The parties should also indicate whether they wish to proceed with closing arguments tomorrow, February 9, 2026, or would prefer to have a charging conference tomorrow and commence closing arguments on February 10, 2026.

      SO ORDERED.

Dated: February 8, 2026
      New York, New York                                _____

                                              JOHN P. CRONAN
                                      United States District Judge