# Heller, Horowitz & Feit, P.C.

ELI FEIT
STUART A. BLANDER

ATTORNEYS AT LAW
260 MADISON AVENUE
NEW YORK, N.Y. 10016
(212) 685-7600
(917) 523-0692

OF COUNSEL
MARTIN STEIN

WORLD WIDE WEB
http://www.hhandf.com

WRITER'S EMAIL:
mstein@hhandf.com

February 8, 2026

Honorable Judge John P. Cronan
United States District Court, S.D.N.Y.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> Re: *Red Rock Sourcing LLC, et al. v. JGX LLC, et al.*
> Case No.: 21-cv-1054(JPC)

Dear Judge Cronan:

In response to Your Honor's most recent order, please be advised that: (1) we will not be calling any additional witnesses, and we do not believe that any of the other parties will be calling any witnesses either; (2) with Your Honor's permission, we intend to make a motion for a directed verdict pursuant to Rule 50 removing all damage claims from the jury, and dismissing the infringement claim against Eli Berkowitz and Isaac Saba; and (3) we would prefer a charging conference and dealing with summations, assuming there are any remaining issues, on Tuesday.

I thank the Court for its consideration.

Respectfully,

Martin Stein

The Court thanks the parties for their submissions. The parties should appear in Courtroom 12D for a charging conference tomorrow, February 9, 2026, at 11:00 a.m. Closing arguments will commence on February 10, 2026, at 9:30 a.m.

SO ORDERED
February 8, 2026

JOHN P. CRONAN
United States District Judge