UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
   :
RED ROCK SOURCING, LLC and CORONADO   :
DISTRIBUTING LLC,   :
   :
   Plaintiffs,   :
   -v-   :
   :   21 Civ. 1054 (JPC)
JGX, LLC, TRIPLE FIVE WORLDWIDE, LLC, JACK   :
GRAZI, NOURI JARADEH, ISAAC SABA, ELIEZER   :   **ORDER**
BERKOWITZ, and DAVID GHERMEZIAN,   :
   :
   Defendants.   :
   :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The parties must file any motions under Federal Rules of Civil Procedure 50 or 59 for judgment as a matter of law or for a new trial no later than March 11, 2026. Oppositions, if any, are due April 15, 2026, and replies, if any, are due May 1, 2026. No later than February 18, 2026, the parties should file a joint letter proposing a schedule for any additional post-trial motions. By the same date, Plaintiffs should file a letter stating whether they intend to move for a default judgment against Liberty International Distributors, LLC, and, if so, proposing a schedule for such a motion.

   SO ORDERED.

Dated: February 12, 2026
     New York, New York
                                JOHN P. CRONAN
                                United States District Judge