UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X
                     :

RED ROCK SOURCING, LLC and CORONADO    :
DISTRIBUTING LLC,    :
    :

          Plaintiffs,    :
    -v-    :

    :      21 Civ. 1054 (JPC)

JGX, LLC, TRIPLE FIVE WORLDWIDE, LLC, JACK  :
GRAZI, NOURI JARADEH, ISAAC SABA, ELIEZER  :      **ORDER**
BERKOWITZ, and DAVID GHERMEZIAN,    :
    :

          Defendants.    :
    :
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    Attached to this Order are notes received from the jury during deliberations, which were

marked as Court Exhibits 1 through 3.

    SO ORDERED.

Dated: February 12, 2026
     New York, New York                JOHN P. CRONAN
                            United States District Judge

(Court's Exh. 1)

The jury has elected Patrick Scariano, Juror #4, as foreperson

2/10/26
4:01

(Court Exhibit 2)

The jury requests a transcript of
Berkowitz testimony relating to PX-58 and/or

Ben Tyberg

2/11/26
10:29

Court Exh. 3

The jury has reached a verdict.

▮▮▮▮▮▮▮▮▮▮▮▮

2/11/26

2:02